FILED
WOOD COUNTY CLERK
COMMON PLEAS COURT

2018 AUG 23 ₱ 12: 13

**IN THE WOOD COUNTY COURT OF COMMON PLEAS**

CINDY A. HOFNER

DENNIS AND SUSAN HANKINS
3801 CAHNMBERLAIN DR.
LAMBERTVILLE, MI. 48144,

        PLAINTIFFS

Vs.

PETER BOSCH
2900 EAST BELTLINE AVE.
NE, STE. A
GRAND RAPIDS, MI. 49525

AND

BOSCH KILLMAN VANDERWAL, P.C.
2900 EAST BELTLINE AVE. NE, STE. A
GRAND RAPIDS, MI. 49525

AND

AUTO-OWNERS INSURANCE
700 HAMMOND R. EAST, STE. 100
TRAVERSE CITY, MI. 49686,

        DEFENDANTS

Case No. 2018CV 0480

JUDGE   **JUDGE REGER**

**COMPLAINT AND JURY DEMAND
ENDORSED HEREON**

Michael D. Portnoy (0040213)
810 West South Boundary Rd.
Perrysburg, Ohio 43551
PH: (419) 874-2775
FX: (419) 874-2777
e-mail:hawkport@aol.com
Attorney for Plaintiffs

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    NOW COME Plaintiffs, by and through counsel and for the causes of action

against the Defendants, hereby states the following:

    1.  At all relevant times, Plaintiffs are residents of Lambertville, Michigan.

    2.  This Court has subject matter jurisdiction in this case as the cause of action

arose in Wood County, Ohio.

1



DEFENDANT'S
EXHIBIT
A

3. Defendants Peter Bosch and Bosch Killman Vanderwal, P.C. are attorneys licensed to practice law in the State of Michigan and at all relevant times, represent Auto-Owners.

4. Defendant Auto-Owners is an insurance company licensed to sell insurance throughout the United States.

5. Plaintiffs filed suit against Jeffrey Dupilka and Auto-Owners in the Manistee County Michigan Court of Common Pleas, Case No. 17-16278 for injuries Plaintiff Dennis Hankins suffered on Jeffrey Dupilka's property. Auto-Owners was sued in this case based upon alleged fraud.

6. In July, 2018, Auto-Owners was summarily dismissed from the lawsuit and the Defendants filed a motion with supporting memorandum seeking to recover attorney fees and costs after they tendered an offer of judgment that was rejected. This motion with supporting memorandum was mailed to the undersigned and received in Perrysburg, Ohio. (See Defendants motion with supporting memorandum for fees and costs attached as Exhibit 1.)

7. As part of Defendants' motion with supporting memorandum to recover attorney fees and costs, Defendant Bosch (hereinafter Bosch) signed an affidavit on Defendants' behalf stating the billing statements he provided to the undersigned and filed with the Manistee County Court accurately reflected the fees and costs Defendants incurred and were seeking to recover from the Plaintiffs. (See Bosch's affidavit attached to Defendants' motion with supporting memorandum to recover fees and costs.)

8. In August, 2018, upon the undersigned questioning Bosch regarding his

2

allegedly accurate billing statements for time he attested to was allegedly his work time spent on the case, Bosch admitted his times statements were "mistaken" and sought to reduce his demand for attorney fees and costs.

9. Further investigation of Bosch's time statements indicates Bosch was "mistaken" for alleged time spent on the case, yet Defendants still seek to recover attorney fees and costs they are not legally entitled to receive.

10. Pursuant to R.C. 2923.32(A)(1), the Ohio civil RICO statute, "No person employed by, or associated with enterprise shall conduct or participate in, directly or indirectly, the affairs of the enterprise through a *pattern of corrupt activity* or the collection of an unlawful debt." (Emphasis added.) The term "enterprise" is statutorily defined as "any individual, sole proprietorship, partnership, limited partnership, corporation, trust, union, government agency, or other legal entity, or any organization, association, or group of person associated in fact although not a legal entity." R.C. 2923.31 (C).

11. A "pattern of corrupt activity" consists of "two or more incidents of corrupt activity, whether or not there has been a prior conviction, that are related to the affairs of the same enterprise, are not isolated, and are not so closely related to each other and connected in time and place that they constitute a single event." R.C. 2923.31(E). The term "corrupt activity" is statutorily defined as "racketeering activity" under the Organized crime Control Act of 1970, 84 Stat. 941, Section 1961(A)(B), (1)(D), and (1)(E), as amended, Title 18, U.S. Code. It also includes "conduct" that constitutes violation of specifically enumerated crimes. R.C. 2923.31(I) (2).

12. Ohio courts have held that in order to establish liability under R.C. 2923.32, a plaintiff must show "(1) that conduct of the defendant involves the commission of two

3

or more specifically prohibited state or federal criminal offenses; (2) that the prohibited criminal conduct of the defendant constitutes a pattern; and (3) that the defendant has participated in the affairs of an enterprise or has acquired and maintained an interest in or control of an enterprise." ***Patton v. Wilson,*** 8th Dist. No. 82079, 2003-Ohio-3379, at ¶ 12, citing ***Kondrat v. Morris*** (1997), 118 Ohio App.3d 198, 209, 692 N.E.2d 246. The elements must be pleaded with specificity, and sufficient evidence must be presented to overcome a motion for summary judgment. Id. at 209, 692 N.E.2d 246.

13. Ohio Revised Code Section 2913.02 states the following:

(A) No person, with purpose to deprive the owner of property or services, shall knowingly obtain or exert control over either the property or services in any of the following ways:

(1) Without the consent of the owner or person authorized to give consent;

(2) Beyond the scope of the express or implied consent of the owner or person authorized to give consent;

(3) By deception;

(4) By threat;

(5) By intimidation;

14. 18 U.S.C. Sections 1961-1968, of the Federal Racketeering Influence and Corrupt Organization Act (RICO) is directed at "racketeering activity" defined in Section 1961 (1) to encompass, inter alia, acts "indictable" under specific federal criminal provisions, including mail fraud, provides in Section 1964 (c) for a private civil action to recover treble damages by any person injured in his/her business or property "by reason of a violation of section 1962." Section 1962(B)'s definition of "racketeering

4

activity" includes (B) any act which is indictable under any of the following provisions for Title 18, United States Code, including section 1341 (18 U.S.C.S. Section 1341) relating to mail fraud.

15. Pursuant to **Sedema, S.P.R.L. v. Imrex Co. Inc., et al.,** 473 U.S. 479, (1985), 18. U.S.C.S. Sections 1961-1968 do not require that its occurrence must be established by criminal standards or that the consequences of a finding of liability in a private civil action are identical to the consequences of a criminal connection. **Sedima** also held that 18 U.S.C.S. Sections 1961-1968 impose no distinct "racketeering injury" requirement or civil liability to attach.

16. By using the mail send to Plaintiffs the motion with supporting memorandum to recover attorney fees and that contained repeated materially false representations in Defendants' billing statements regarding the accuracy of the statements, Defendants made material misrepresentations concerning the accuracy of these statements.

17. These Defendants, individually and jointly and severally, violated Ohio Revised Code Sections 2923.32(A)(1), 2923.31(C), (E), and (I)(2) and 18 U.S.C.S. Sections 1961-1968 by using the mail system to send notices and civil complaints to the Plaintiffs,

18. These Defendants engaged in this fraudulent enterprise through a pattern of racketeering activity by scheming to convince the Plaintiffs they need to pay Defendants attorney fees and cost, knowing the billing statements were false. Defendants sought to benefit financially from this pattern of fraud to Plaintiffs financial detriment causing damages in an amount exceeding $25,000.00.

5

## COUNT TWO

19.    Plaintiffs incorporates paragraph one (1) through eighteen (18) as if fully rewritten herein.

20.    Plaintiffs are consumers as defined by Ohio Revised Code Section 1345.01.

21.    Ohio Revised Code Section 1345.02 (A) states that "[n]o supplier shall commit an unfair or deceptive act or practice in connection with a consumer transaction."

22.    Ohio Revised Code Section 1345.03 (A) provides that "[n]o supplier shall commit an unconscionable act or practice in connection with a consumer transaction."

23.    State and Federal courts in Ohio have held that the Ohio Consumer Sales Practices Act applies to debt collectors, to litigation activities and to the debt collectors' attorneys. See **Hartman v. Asset Acceptance Corp.**, 467 F.Supp.2d 769, 780 (S.D. Ohio 2004), **Taylor v. First Resolution Invest. Corp.,** Slip Opinion No. 2016-Ohio-3444, June 16, 2016.

24.    As a result of the Defendants' material misrepresentations to Plaintiffs concerning the attested to accuracy of the attorney fees and costs of the billing statements, these Defendants have violated Ohio Revised Code Sections 1345.02 and 1345.03 by acting arbitrarily, capriciously and fraudulently, causing damages to Mr. Clemons and the Plaintiffs in an amount exceeding $25,000.00.

6

## COUNT THREE

25.  Plaintiffs incorporate paragraphs one (1) through twenty-four (24) as if fully rewritten herein.

26.  The Fair Debt Collection Practices Act (15 U.S.C. Section 1692 et seq.) prohibits debt collectors from employing "any false, deceptive, or misleading representation or means in connection with the collection of any debt," including misrepresenting "the character, amount, or legal status of any debt." (15 U.S.C. 1692e (2) (A)

27.  A debt collector may not employ any "unfair or unconscionable means to collect or attempt to collect any debt," (15 U.S.C. 1692 (f) and cannot collect "any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law," (15 U.S.C. 1692 (f)(1)

28.  When analyzing whether conduct giving rise to the claim fits within the broad scope of the Fair Debt Collection Practices Act, "the conduct is viewed through the eyes of the 'least sophisticated consumer.'" **Currier v. First Resolution Invest. Corp.,** 762 F.3d. 529, 533 (6th Cir. 2014).That standard, while protecting "the gullible and the shrewd alike," also presumes "a basic level of reasonableness and understanding on the part of the debtor." Id.

29. To establish a prima facie case for a violation of the Fair Debt Collection Practices Act, a plaintiff must prove four (4) essential elements:

(a)     the plaintiff is a natural person who is harmed by violations of the Fair Debt Collection Practices Act, or is a "consumer" within the meaning of 15 U.S.C.S.A. Sections 1692 (a) (3), 1692 (d) for purpose of a cause of action, 15 U.S.C.A. Section1692 (c) or 15 U.S.C.A. Section 1692 (e) (11);

7

(b)  the "debt" arises out of a transaction entered primarily for personal, family or household purposes, 15 U.S.C.A. Section 1692 (a) (5);

(c)  the defendant collecting the debt is a "debt collector" with the meaning of 15 U.S.C.A. Section 1692(a) (6); and

(d)  the defendant has violated, by act or omission, a provision of the Fair Debt Collection Practices Act, 15 U.S.C.A. Sections 1692 (a)-1692 (o); 15 U.S.C.A. Section 1692(a); 15 U.S.C.A. Section 1692(k).
(See **Whittiker v. Deutsche Bank Natl. Trust Co**., 605 F.Supp.2d 914, 938-939 (N.D. Ohio 2009)

30.  A plaintiff need not demonstrate he or she suffered actual damages in order to prevail on a Fair Debt Collection Practices Act claim; the Fair Debt Collection Practices Act "places the risk of penalties on the debt collector that engages in activities which are not entirely lawful, rather than exposing consumers to unlawful debt-collector behavior without a possibility for relief." **Stratton v. Portfolio Recovery Assocs.. L.L.C.,** 770 F.3d 443, 449 (6th Cir. 2014)

31.  Courts have characterized the Fair Debt Collection Practices Act as a strict liability statute. **Fed. Home Loan Mtge. Corp v. Lamar,** 503 F.3d 504, 513 (6th Cir. 2007) To establish liability, a plaintiff does not have to prove knowledge or intent of the debt collector. **Wise v. Zwicker & Assocs., P.C.,** 780 F.3d 710, 712-713 (6th Cir. 2015)

32.  The Fair Debt Collection Practices Act reaches the actions of "debt collectors," an inclusive statutory term that covers third-party debt collectors as well as attorneys who regularly engage in debt-collection activities, including litigation to collect debts owed and allegedly owed by consumers. 15 U.S.C.A. Section 1692 (a) (6); **Heintz v. Jenkins,** 514 U.S. 291, 293-294, 297-299 (1995)

33. Plaintiffs are consumers and natural persons for purposes of their cause of actions. The alleged debts arise out of a transaction primarily for personal, family or

8

collected purposes. The defendants collecting the alleged debts are "debt collectors" with the meaning of 15 U.S.C.A. Section 1692 (a) (6)

34. These defendants, individually and jointly and severally have violated the Fair Debt Collection Practices Act and the Ohio Consumer Sales Practices Act by fraudulently stating the National Collegiate Student Loan Trust is the legal assignee of purported promissory notes.

35. As a result of the defendants' illegal actions, plaintiffs have been damaged in amount exceeding $25,000.00

**WHEREFORE,** Plaintiffs request that a jury be empaneled to hear all triable issues in this case and respectfully requests this honorable Court for a Judgment against the Defendants as follows:

a.  The Plaintiffs recover all monies due to them from the Defendants, either individually or jointly and severally, under the Ohio and Federal RICO statutes, the Ohio Consumer Sales Practice Act and for violating Fair Debt Collection Practices Act;.

b.  The Plaintiffs be awarded damages instant to the equitable relief requested in the sum of an amount exceeding $25,000.00;

c.  This Court award the sum exceeding for punitive damages, statutory interest, and any other equitable relief this Court deems just based upon the illegal and willful acts by the Defendants; and

d.  Any and all damages this court deems just.

9

Respectfully submitted,

s/ Michael D. Portnoy
Attorney for Plaintiffs

# BOSCH KILLMAN VANDERWAL, P.C.
## ATTORNEYS AND COUNSELORS

DAISY BENAVIDEZ
STEVEN L. BIRN
PETER D. BOSCH
ROBERT M. BROWNLEY
STEPHEN L. ELKINS
KURT R. KILLMAN
ANDREA REMYNSE KOOP*
JOSEPH P. VANDERVEEN
LARRY D. VANDERWAL
JENNIFER M. VAN HORN-PFEIFFELMANN
CHARLES H. WORSFOLD
JOHN C. WORSFOLD**

2900 EAST BELTLINE AVENUE, NE, STE. A
GRAND RAPIDS, MI 49525

TELEPHONE: (616) 364-2900
FAX: (616) 364-2901
WWW.BKVPC.COM

SOUTH HAVEN OFFICE:
407 CENTER STREET
SOUTH HAVEN, MI 49090
(269) 637-9097
1-800-238-8494

DALE M. STRAIN, RETIRED

*ALSO LICENSED IN FLORIDA

**ALSO LICENSED IN
CALIFORNIA AND MONTANA

August 13, 2018

*VIA OVERNIGHT MAIL*
Clerk of the Court
Manistee County Circuit Court
415 3rd Street
Manistee, MI 49660

RE:  Dennis and Susan Hankins v. Jeff Dupilka and <u>Auto-Owners</u>
Case No: 17-16278-NI

Dear Clerk:

Enclosed for filing in the above-captioned matter, please find an original and Judge's Copy of Defendant Auto-Owners' Motion for Offer of Judgment Sanctions and Notice of Hearing. Also enclosed is a Proof of Service and $20 Motion fee. Please note the hearing on this matter has been scheduled for **September 10, 2018, at 1:30 p.m.** Thank you.

Respectfully yours,

Peter D. Bosch

/jn
Enclosures

c:  Mike Portnoy
    Michael Conlon

*-Providing Legal Services for More Than 100 Years-*

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MANISTEE

DENNIS and SUSAN HANKINS,

     Plaintiff,

v.

JEFF DUPILKA and
AUTO-OWNERS INSURANCE,

     Defendants.

Case No: 17-16278-NI

Hon. David A. Thompson

| | |
|---|---|
| Misty Wood (P81167)<br>Mike Portnoy<br>Attorney for Plaintiff<br>810 W. South Boundary Street<br>Perrysburg, OH 43551<br>(567) 249-3629 | Peter D. Bosch (P35965)<br>Bosch Killman VanderWal, P.C.<br>Attorneys for Defendant Auto-Owners<br>2900 E. Beltline Avenue NE, Suite A<br>Grand Rapids, MI 49525<br>(616) 364-2900 |
| | Michael I. Conlon (P43954)<br>Running Wise & Ford PLC<br>Attorneys for Defendant Duplika<br>326 E State Street<br>PO Box 686<br>Traverse City, MI 49685-0686<br>(231) 946-2700 |

## PROOF OF SERVICE

    Jessika Nink, an employee of the law firm of Bosch Killman VanderWal, P.C., says that on August 13, 2018 she sent a copy of the **Defendant Auto-Owners' Motion for Offer of Judgment Sanctions and Notice of Hearing** via email *and* first class mail and email to the following:

Mike Portnoy
810 W. South Boundary Street
Perrysburg, OH 43551

Michael I. Conlon
Running Wise & Ford PLC
326 E State Street
PO Box 686
Traverse City, MI 49685-0686

_____
Jessika Nink

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MANISTEE

DENNIS and SUSAN HANKINS,

     Plaintiff,

v.

JEFF DUPILKA and
AUTO-OWNERS INSURANCE,

     Defendants.

Case No: 17-16278-NI

Hon.

| | |
|---|---|
| Misty Wood (P81167)<br>Attorney for Plaintiff<br>810 W. South Boundary Street<br>Perrysburg, OH 43551<br>(567) 249-3629 | Peter D. Bosch (P35965)<br>Bosch Killman VanderWal, P.C.<br>Attorneys for Defendant Auto-Owners<br>2900 E. Beltline Avenue NE, Suite A<br>Grand Rapids, MI 49525<br>(616) 364-2900 |
| | Michael I. Conlon (P43954)<br>Running Wise & Ford, PLC<br>Attorneys for Defendant Dupilka<br>326 E. State Street, P.O. Box 686<br>Traverse City, MI 49685 |

## NOTICE OF HEARING

Please take notice that **Defendant Auto-Owners' Motion** for Offer of Judgment

**Sanctions** will be heard on **Monday, September 10, 2018, at 1:30 p.m.** or as soon thereafter as

counsel can be heard in the Manistee County Circuit Court.

Dated: August 13, 2018

                                     Peter D. Bosch (P35965)
                                     Attorney for Auto-Owners

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MANISTEE

DENNIS and SUSAN HANKINS,

      Plaintiff,                           Case No: 17-16278-NI

v.                                   Hon. David A. Thompson

JEFF DUPILKA and
AUTO-OWNERS INSURANCE,

      Defendants.

| Misty Wood (P81167) | Peter D. Bosch (P35965) |
|---|---|
| Attorney for Plaintiff | Bosch Killman VanderWal, P.C. |
| 810 W. South Boundary Street | Attorneys for Defendant Auto-Owners |
| Perrysburg, OH 43551 | 2900 E. Beltline Avenue NE, Suite A |
| (567) 249-3629 | Grand Rapids, MI 49525 |
| | (616) 364-2900 |
| | |
| | Michael I. Conlon (P43954) |
| | Running Wise & Ford, PLC |
| | Attorneys for Defendant Dupilka |
| | 326 E. State Street, P.O. Box 686 |
| | Traverse City, MI 49685 |

## MOTION FOR OFFER OF JUDGMENT SANCTIONS

      Defendant, Auto-Owners Insurance Company, by and through its attorneys, Bosch

Killman VanderWal, P.C., makes this its Motion for Offer of Judgment Sanctions pursuant to

MCR 2.405(D) and states as follows:

      1.      Plaintiffs filed the at-issue lawsuit against Defendant Jeff Dupilka and Mr.

Dupilka's homeowner's insurance carrier, Auto-Owners Insurance Company, as a result of an

incident that occurred on November 16, 2016, at a cottage on Bear Lake that the Plaintiffs were

renting from Defendant Dupilka. Mr. Hankins claims that he injured his left shoulder when he

1

stepped on the edge of a step leading from the cottage's mudroom to the kitchen. He indicated

that when he stepped on the edge of the step, it flipped up and he fell injuring his right shoulder.

He subsequently had surgery on the shoulder.

2.      The Plaintiff's lawsuit against Mr. Dupilka claims that the step was defective and

posed an unreasonably dangerous condition on the property, allegedly making Mr. Dupilka liable

for Mr. Hankins' injuries. Before suit was filed, the Plaintiffs' attorney had contacted Auto-

Owners to discuss the claim and eventually Auto-Owners denied the claim for a number of

reasons. The Plaintiffs' lawsuit against Auto-Owners asserted that Auto-Owners' denial of the

Plaintiffs' claim was unreasonable and that in doing so, Auto-Owners had violated the Michigan

Insurance Code.

3.      On August 4, 2017, the attorney for Auto-Owners Insurance Company sent the

Plaintiffs' attorney an "Offer of Judgment" in the amount of $750 (see **Exhibits A and B**).

Along with the official pleading, Auto-Owners' attorney included a letter in which he indicated

he felt the Plaintiffs' claim against Auto-Owners was without merit and also indicated he thought

there was a very good chance the case would be dismissed on a Motion for Summary Disposition

(see **Exhibit C**).

4.      The Plaintiffs' attorney, Mike Portnoy, was sent another letter on August 10,

2017, which referenced a telephone conversation the two attorneys had had earlier, during which

the Plaintiffs' attorney was again warned that Auto-Owners intended to seek reimbursement of

attorney fees pursuant to the Offer of Judgment if it prevailed in a Motion for Summary

Disposition (see **Exhibit D**).

5.      That the Offer of Judgment was not accepted; nor was a counter-offer submitted.

6.      At a hearing held on July 16, 2018, this Court granted Auto-Owners' Motion for

Summary Disposition. The Court held that the Plaintiffs did not have a valid claim against Auto-

2

Owners. An Order encompassing the Court's ruling was entered on July 24, 2018 (see **Exhibit E**).

7.      Auto-Owners is now seeking Offer of Judgment Sanctions pursuant to MCR 2.405(D). This court rule indicates that a request for costs under this court rule must be filed and served within 28 days after entry of a Judgment or Order. The court rule also indicates that "actual costs" means the costs and fees taxable in a civil action and a reasonable attorney fee for services necessitated by the failure to stipulate to the entry of a Judgment (see MCR 2.405(A)(6)).

8.      Michigan case law provides that reasonable attorney fees are to be awarded when an Offer of Judgment has been rejected and the party submitting the Offer subsequently prevails in the lawsuit, pursuant to MCR 2.405. Michigan courts have indicated that there is a "interest of justice" exception to awarding attorney fees, but the court in *Stitt v. Holland Abundant Life Fellowship,* 243 Mich App 461 (2000) indicated that this exception should only apply in unusual circumstances such as where there is an unsettled nature of the law, which is not the situation in the case at bar.

9.      Auto-Owners is entitled to Offer of Judgment Sanctions based upon the Plaintiff's rejection of the Offer of Judgment amount of $750.

10.     Auto-Owners' attorney, Peter D. Bosch has been practicing law for 34 years and has attached hereto as **Exhibit F** an Affidavit indicating his hourly rate and experience in handling this type of case and others.

11.     Attached hereto as **Exhibit G** is a 2017 Michigan Bar Journal article with tables indicating the reasonableness of fees in various jurisdictions throughout the state of Michigan, including Manistee County.

3

12.     Auto-Owners requests attorney fees in the amount of **$18,450.00**, calculated at a rate of $300 per hour for 61.5 hours plus costs in the amount of **$1,754.71**, as set forth in **Exhibit H**. Exhibit H is billing statements from Auto-Owners' attorney to the company.  Defendant Auto-Owners is requesting fees for all charges made <u>after August 24, 2017</u>.  This would include .4 hours of time from the September 11, 2017 statement and the full hourly amounts of all attorney fees and costs on all subsequent billing statements.  In addition, Attorney Bosch believes he will incur 5 additional hours of his time for the hearing on his Motion for Offer of Judgment Sanctions, which includes travel time to and from Manistee, review of his file in preparation for the Motion, attendance at the Motion itself and then preparation of an Order regarding the Motion results, as well as the costs of said Motion and travel expenses.  The Motion cost is $20.  The anticipated mileage expense calculated at the IRS rate is $138.98 and 5 hours at a reasonable fee of $300, results in an additional **$1,638.98**.  Finally, this Defendant believes it is entitled to paralegal fees of Attorney Bosch's assistant Jessika Nink for 2.9 hours at the rate of $85 per hour for a total of **$246.50**.

13.     The Court will note from the billing statements that travel time from the office of Mr. Bosch to various hearings has been limited to one hour maximum charge each way, pursuant to Bosch Killman's arrangement with the Traverse City branch claims office of Auto-Owners.  The actual travel time was more (approximately 2 ½ hours one way from Grand Rapids to Traverse City and upwards of 2 hours one way from Grand Rapids to Manistee).

14.     The Plaintiff has submitted a payment in the amount of $1,500 for previously ordered discovery sanctions, which should be deducted from the fees and costs requested.

WHEREFORE, Defendant Auto-Owners Insurance Company requests this Honorable Court to grant it Offer of Judgment Sanctions against the Plaintiffs in the amount of **$20,610.19**, which includes attorney fees in the amount of $18,450, plus costs in the amount of $1,754.71,

4

paralegal costs of $246.50, plus an additional $1638.98 for the time and expense of this Motion,

plus the $20 Motion fee, less $1,500 in sanctions already paid by the Plaintiffs, for the reasons

set forth herein.

                                          Respectfully Submitted:
                                          Bosch Killman VanderWal, P.C.

Dated: 8/13/18

                                          Peter D. Bosch (P35965)
                                          Attorney for Auto-Owners

5

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MANISTEE

DENNIS and SUSAN HANKINS,

      Plaintiff,                          Case No: 17-16278-NI

v.                                    Hon. Jill M. Nowak

JEFF DUPILKA and
AUTO-OWNERS INSURANCE,

      Defendants.

| | |
|---|---|
| Misty Wood (P81167)<br>Attorney for Plaintiff<br>810 W. South Boundary Street<br>Perrysburg, OH 43551<br>(567) 249-3629 | Peter D. Bosch (P35965)<br>Bosch Killman VanderWal, P.C.<br>Attorneys for Defendant Auto-Owners<br>2900 E. Beltline Avenue NE, Suite A<br>Grand Rapids, MI 49525<br>(616) 364-2900<br><br>Michael I. Conlon (P43954)<br>Running Wise & Ford, PLC<br>Attorneys for Defendant Dupilka<br>326 E. State Street, P.O. Box 686<br>Traverse City, MI 49685 |

## DEFENDANT AUTO-OWNERS' OFFER OF JUDGMENT

    The Defendant, Auto-Owners Insurance Company, by and through its attorneys, Bosch
Killman VanderWal, offers to settle the Plaintiff's claim against this Defendant for the sum of
$750.00. This figure includes all costs, fees and interest that the Plaintiff may have incurred to
date. This offer is submitted pursuant to MCR 2.405.

                                    Respectfully submitted:
                                    Bosch Killman VanderWal, P.C.

Dated:  8/4/17

                                    Peter D. Bosch (P35965)
                                    Attorney for Defendant Auto-Owners



STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MANISTEE

DENNIS and SUSAN HANKINS,

      Plaintiff,                        Case No: 17-16278-NI

v.                                   Hon. David A. Thompson

JEFF DUPILKA and
AUTO-OWNERS INSURANCE,

      Defendants.

| | |
|---|---|
| Misty Wood (P81167)<br>Attorney for Plaintiff<br>810 W. South Boundary Street<br>Perrysburg, OH 43551<br>(567) 249-3629 | Peter D. Bosch (P35965)<br>Bosch Killman VanderWal, P.C.<br>Attorneys for Defendant Auto-Owners<br>2900 E. Beltline Avenue NE, Suite A<br>Grand Rapids, MI 49525<br>(616) 364-2900 |
| | Michael I. Conlon (P43954)<br>Running Wise & Ford PLC<br>Attorneys for Defendant Duplika<br>326 E State Street<br>PO Box 686<br>Traverse City, MI 49685-0686<br>(231) 946-2700 |

PROOF OF SERVICE

      Jessika Nink, an employee of the law firm of Bosch Killman Vanderwal, P.C., says that on August ⸤4⸥, 2017 she sent a copy of the Defendant Auto-Owners Insurance Company's Offer of Judgment to Plaintiff via first class mail with postage paid to the following:

      Misty Wood
      810 W. South Boundary Street
      Perrysburg, OH 43551

                             _____
                             Jessika Nink

Ex. B

# BOSCH KILLMAN VANDERWAL, P.C.
## ATTORNEYS AND COUNSELORS

DAISY BENAVIDEZ
STEVEN L. BIRN
PETER D. BOSCH
ROBERT M. BROWNLEY
STEPHEN L. ELKINS
KURT R. KILLMAN
ANDREA REMYNSE KOOP
JOSEPH P. VANDERVEEN
LARRY D. VANDERWAL
JENNIFER M. VAN HORN-PFEIFFELMANN
CHARLES H. WORSFOLD
JOHN C. WORSFOLD*

2900 EAST BELTLINE AVENUE, NE, STE. A
GRAND RAPIDS, MI 49525

TELEPHONE: (616) 364-2900
FAX: (616) 364-2901
WWW.BKVPC.COM

SOUTH HAVEN OFFICE:
407 CENTER STREET
SOUTH HAVEN, MI 49090
(269) 637-9097
1-800-238-8494

DALE M. STRAIN, RETIRED

* ALSO LICENSED IN
CALIFORNIA AND MONTANA

August 4, 2017

Ms. Misty Wood
810 W. South Boundary Street
Perrysburg, OH 43551

RE:    Dennis and Susan Hankins v. Jeff Dupilka and <u>Auto-Owners</u>
       Case No: 17-16278-NI

Dear Ms. Wood:

Enclosed is an Offer of Judgment from my client, in the amount of $750. I believe this figure would cover your court costs, service fee and $500 towards your clients' attorney fees and/or to put in his pocket.

You may think the Offer of Judgment amount is relatively nominal, but I believe it is more than what your clients' claim is worth. In short, I believe your clients' claim against Auto-Owners, Mr. Dupilka's insurance carrier, is without merit. I believe there is a very good chance that the Court will dismiss this case on a Motion for Summary Disposition. I would like to avoid the time and expense though that will be incurred between now and then and that is the basis for the Offer of Judgment.

Sincerely,

Peter D. Bosch

PDB/jn
Enclosure

c:    Matt Sheidler (Claim No: 300-335551-2016)

*-Providing Legal Services for More Than 100 Years-*



# BOSCH KILLMAN VANDERWAL, P.C.
## ATTORNEYS AND COUNSELORS

DAISY BENAVIDEZ
STEVEN L. BIRN
PETER D. BOSCH
ROBERT M. BROWNLEY
STEPHEN L. ELKINS
KURT R. KILLMAN
ANDREA REMYNSE KOOP
JOSEPH P. VANDERVEEN
LARRY D. VANDERWAL
JENNIFER M. VAN HORN-PFEIFFELMANN
CHARLES H. WORSFOLD
JOHN C. WORSFOLD*

2900 EAST BELTLINE AVENUE, NE, STE. A
GRAND RAPIDS, MI 49525

TELEPHONE: (616) 364-2900
FAX: (616) 364-2901
WWW.BKVPC.COM

SOUTH HAVEN OFFICE:
407 CENTER STREET
SOUTH HAVEN, MI 49090
(269) 637-9097
1-800-238-8494

DALE M. STRAIN, RETIRED

*ALSO LICENSED IN
CALIFORNIA AND MONTANA

August 10, 2017

Mr. Mike Portnoy
810 W. South Boundary Street
Perrysburg, OH 43551

      RE:    Dennis and Susan Hankins v. Jeff Dupilka and <u>Auto-Owners</u>
              Case No: 17-16278-NI

Dear Mr. Portnoy:

      This letter is a follow-up to our telephone conversation on Tuesday afternoon. As I indicated at that time, you were apparently sent an email from Andrea Adams of the Home-Office Legal Department regarding the med-pay coverage. That email should not have been included in the documents received, as I believe it is attorney/client privilege.

      As I also indicated, it is my understanding that the med-pay coverage is often times not paid when suit is filed or there is a threat of a lawsuit, as the medical bills can then be addressed in any legal proceedings. It is my understanding that med-pay coverage is a "public relations" benefit for insureds, I don't believe Mr. Dupilka opposes the fact that the med-pay coverage has not been paid by his insurance carrier, in light of your client's claim against him.

      As I indicated during our telephone conversation, I believe that your client <u>may</u> have a valid claim against Mr. Dupilka, but I do not believe your client has a valid claim against his insurance carrier. I don't believe the carrier owes any duties or obligations to your client.

      I don't believe the result would be any different if Mr. Dupilka did not have insurance coverage. If you spoke with his personal attorney, as opposed to his insurance carrier, would you then sue the attorney if you couldn't get the claim resolved?

*-Providing Legal Services for More Than 100 Years-*

 

Mr. Mike Portnoy
August 10, 2017
Page 2

At any rate, as I indicated during our telephone conversation, it is my intent to seek recovery of my actual attorney fees incurred in defending the lawsuit in the event I am able to prevail on a Motion for Summary Disposition (which I intend to file after the close of discovery), if your client does not accept our Offer of Judgment.

Sincerely,

Peter D. Bosch

PDB/jn

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF MANISTEE

DENNIS and SUSAN HANKINS,
    Plaintiff,

                              Case No: 17-16278-NI

v.
                              Hon. David A. Thompson

JEFF DUPILKA and
AUTO-OWNERS INSURANCE,
    Defendants.

| | |
|---|---|
| Michael Portnoy<br>Attorney for Plaintiff<br>810 W. South Boundary Street<br>Perrysburg, OH 43551<br>(567) 249-3629 | Peter D. Bosch (P35965)<br>Bosch Killman VanderWal, P.C.<br>Attorneys for Defendant Auto-Owners<br>2900 E. Beltline Avenue NE, Suite A<br>Grand Rapids, MI 49525<br>(616) 364-2900 |
| **TRUE COPY**<br>JILL M. NOWAK<br>Manistee County Clerk | Michael I. Conlon (P43954)<br>Running Wise & Ford, PLC<br>Attorneys for Defendant Dupilka<br>326 E. State Street, P.O. Box 686<br>Traverse City, MI 49685 |

ORDER REGARDING MOTIONS,
INCLUDING AUTO-OWNERS' MOTION FOR SUMMARY DISPOSITION

        At a session of said Court held in the Circuit Court,
        City of Manistee, County of Manistee, State of
        Michigan, this 24ʰ day of July, 2018

        PRESENT: HON. David A. Thompson
                Circuit Court Judge

    This matter having come before the Court on July 16, 2018, pursuant to Auto-Owners'

Motion for Summary Disposition and Other Relief, and the Court having reviewed the pleadings,

heard oral argument from counsel and being duly advised in the premises;

    IT IS THEREFORE ORDERED as follows:

        1.    That Plaintiffs had filed a Motion to Adjourn Auto-Owners' Motion for

Summary Disposition but the Motion was not scheduled for hearing. That Motion is denied and

1



consequently will not be heard on August 13, 2018.

2.    Auto-Owners' Motion for Summary Disposition is granted pursuant to MCR 2.116 (C)(8) for the reasons stated by the Court on record.

3.    Within seven (7) days after entry of this Order, the Plaintiffs shall pay to Auto-Owners through its attorney the One Thousand Five Hundred Dollars ($1.500.00) ordered pursuant to the Court's Order on Auto-Owners' Motion to Compel issued on November 6, 2017.

4.    Based on the Court's rulings as referenced herein, there is no need to decide at this point in time the issue of Attorney Portnoy's ability to continue representing the Plaintiffs in this case.

_____
Hon. David A. Thompson          P52090

ATTEST: A TRUE COPY

_____


APPROVED AS TO FORM ONLY:

See attached
_____
Michael Portnoy
Attorney for Plaintiff

_____
Peter D. Bosch (P35965)
Attorney for Defendant Auto-Owners

_____
Michael I. Conlon (P43954)
Attorney for Defendant Dupilka

2

Received Time Jul 18 2018 9:16AM No. 9073

consequently will not be heard on August 13, 2018.

      2.    Auto-Owners' Motion for Summary Disposition is granted pursuant to MCR 2.116 (C)(8) for the reasons stated by the Court on record.

      3.    Within seven (7) days after entry of this Order, the Plaintiffs shall pay to Auto-Owners through its attorney the One Thousand Five Hundred Dollars ($1,500.00) ordered pursuant to the Court's Order on Auto-Owners' Motion to Compel issued on November 6, 2017.

      4.    Based on the Court's rulings as referenced herein, there is no need to decide at this point in time the issue of Attorney Portnoy's ability to continue representing the Plaintiffs in this case.

 

_____

                Hon. David A. Thompson

ATTEST: A TRUE COPY

_____

APPROVED AS TO FORM ONLY:

_____
Michael Portnoy
Attorney for Plaintiff

_____
Peter D. Bosch (P35965)
Attorney for Defendant Auto-Owners

_____
Michael I. Conlon (P43954)
Attorney for Defendant Dupilka

2

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MANISTEE

DENNIS and SUSAN HANKINS,

       Plaintiff,                              Case No: 17-16278-NI

v.                                      Hon. David A. Thompson

JEFF DUPILKA and
AUTO-OWNERS INSURANCE,

       Defendants.

| Misty Wood (P81167) | Peter D. Bosch (P35965) |
|---|---|
| Attorney for Plaintiff | Bosch Killman VanderWal, P.C. |
| 810 W. South Boundary Street | Attorneys for Defendant Auto-Owners |
| Perrysburg, OH 43551 | 2900 E. Beltline Avenue NE, Suite A |
| (567) 249-3629 | Grand Rapids, MI 49525 |
| | (616) 364-2900 |
| | |
| | Michael I. Conlon (P43954) |
| | Running Wise & Ford, PLC |
| | Attorneys for Defendant Dupilka |
| | 326 E. State Street, P.O. Box 686 |
| | Traverse City, MI 49685 |

### AFFIDAVIT OF PETER D. BOSCH

Peter D. Bosch, after first being duly sworn, deposes and states as follows:

1.     That I represented Auto-Owners in the above-entitled lawsuit.

2.     That I am familiar with the facts and circumstances of this case.

3.     That I have filed a Motion for Offer of Judgment Sanctions on behalf of Auto-Owners.

4.     Attached to the Motion as Exhibit H are copies of my billing statements sent to Auto-Owners.



5.    That I have been practicing law for 34 years. My current standard rate is $300 per hour.

6.    That I estimate I will spend 5 hours or more traveling to and from the court in Manistee for a hearing on the Motion for Offer of Judgment Sanctions, which I filed on behalf of Auto-Owners, plus preparing for the Motion, attending the hearing and subsequently drafting an Order regarding the results of the hearing.

7.    That I believe a fee of $300 is reasonable based upon the time I spent on this file, my experience and the result achieved.

Further deponent sayeth not.

Dated: 8/13/18

Peter D. Bosch

The foregoing instrument was acknowledged before me this 13 day of August 2018, by Peter D. Bosch.

Jessika Nink, Notary Public
Kent County, Michigan
Acting in Kent County
My Commission Expires: 04/03/2019

2

STATE BAR OF MICHIGAN

2017 Economics of Law Practice

Attorney Income and Billing Rate Summary Report

SBM
State Bar of Michigan

EX. G

# Contents

# Economics of Law Practice in Michigan
## 2017 Attorney Income and Billing Rate Summary Report

**Methods and Measures** ................................................................................ 1

**I 2016 Attorney Income** .............................................................................. 3

Table 1 – 2016 Reported Attorney Gross Income – Private Practitioners ........................................ 3

Table 2 – 2016 Reported Attorney Gross Income – Non-Private Practitioners ................................. 3

**II 2017 Attorney Hourly Billing Rates** ....................................................... 4

Table 3 – 2017 Attorney Hourly Billing Rates ......................................................................... 4

Table 4 – 2017 Attorney Hourly Billing Rates by Years in Practice ........................................ 4

Table 5 – 2017 Attorney Hourly Billing Rates by Firm Size in a Single Location .............................. 4

Table 6 – 2017 Attorney Billing Rates by Office Location ......................................................... 5

Table 7 – 2017 Hourly Rates Billing Rates by Field of Practice ............................................... 5

Table 8 – Attorney Hourly Billing Rates by County .................................................................. 7

Table 9 – 2017 Attorney Hourly Billing Rates by Circuit .......................................................... 9

State Bar of Michigan                                    ECONOMICS OF LAW PRACTICE 2017

# 2017 Economics of Law Practice in Michigan
## 2017 Attorney Income and Billing Rate Summary Report

*The survey was conducted in 2017 and requested 2016 income and 2017 billing rate information*

The State Bar of Michigan Economics of Law Practice Survey provides Michigan attorneys with a resource that allows access to the most current law practice economic information available. The survey results are provided as a service to members of the State Bar of Michigan.

The survey has two primary objectives:

- To provide timely, relevant and accurate information to inform and guide the practical management decisions of Michigan attorneys
- To track and illustrate changes and trends within the legal profession

The survey monitors and reports on several points of information useful to attorneys:

- Attorney income
- Prevailing average hourly billing rates by several indicators including fields of practice, judicial circuit, and geographic location
- Time allocated to billable and non-billable professional activities
- Management practices
- Perceptions regarding current and future economic circumstances related to the practice of law

The key finding report contains information pertaining to attorney income and billing rates. It is produced as an early and separate report to provide attorneys with this target information as quickly as possible, as it is the most requested information from all attorneys. All other information will be contained in the full 2017 Economics of Law Practice Summary Report that will follow.

**Methods and Measures**

The 2017 Economics of Law Practice Survey was conducted in late 2017.  In 2017 45.3 percent of active members were private practitioners and 54.7 percent were non-private practitioners. Based on the proportions of both groups of active members, an electronic survey was emailed to approximately 18,414 private practitioners and 22,236 non-private practice members of the State Bar of Michigan, inviting their participation. 3,843 completed questionnaires were returned by private practitioners (a 20.9 percent response rate) and 2,088 completed questionnaires were returned by non-private practitioners (a 9.4 percent response rate). Questionnaires were tabulated by Dr. James McComb, an independent consultant statistician.

To help interpret the information presented in the surveys the following is a brief description of statistical terms of measures of central tendency (median and mean) and measures of dispersion (spread).

**Mean**—The mean (also called the average) is calculated by adding the values of all responses then dividing by the number of responses. Example: Three responses (30, 1, 2) are reported. The average or mean is calculated by adding 30+1+2=33 and then by dividing by 3 = 11.

**Median**—The median is the middle value in a series or distribution of values (50th percentile, which is initially rank-ordered (from low to high or vice versa). By definition half of the numbers are greater and half are less than the median. Example: Three responses (30, 1, 2) are reported. The median is the middle number of the order of distribution (1, 2, 30), or 2. By comparison, the average of this distribution as shown above is 11.

Use of the median as a statistical metric of central tendency reduces the effects of 'outliers' (extremely high or low values, such as the data point of 30 in the previous example) while the average does not. Median values are utilized throughout the survey results to denote the measure of central tendency.



STATE BAR OF MICHIGAN                           ECONOMICS OF LAW PRACTICE 2017

**Percentiles—**In addition to the median, four other percentile values are used in the survey results to reveal the spread of a particular data distribution. The percentiles include:

- 25th percentile—Also referred to as the "lower quartile." One-fourth of the values are less and three-fourths are more than this value.
- Median or 50th percentile—Half of the values are less and half are more than the "median" value.
- 75th percentile—Also referred to as the "upper quartile." Three-fourths of the values are less and one-fourth are more than this value.
- 95th percentile—Ninety-five percent of the values are less and five percent of the values are more than this value.

**Note of clarification:** Extreme values (multiple thousands per hour) were excluded due to their unrepresentative qualities; eight were excluded for reporting $6,500 or above per hour.



State Bar of Michigan                                    ECONOMICS OF LAW PRACTICE 2017

# I 2016 Attorney Income

### Table 1 – 2016 Reported Attorney Gross Income – Private Practitioners

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Sole Practitioner, office outside of home | 825 | 60,000 | 109,000 | 153,358 | 200,000 | 400,000 |
| Sole Practitioner, working out of home office | 610 | 10,000 | 32,000 | 59,806 | 75,000 | 225,000 |
| Sole Practitioner, sharing space | 197 | 50,000 | 100,000 | 197,158 | 185,000 | 435,000 |
| Managing Partner | 243 | 150,000 | 290,000 | 982,083 | 600,000 | 2,500,000 |
| Equity Partner/Shareholder | 606 | 160,000 | 285,000 | 567,872 | 450,000 | 1,200,000 |
| Non-Equity Partner | 181 | 130,000 | 185,000 | 285,154 | 300,000 | 800,000 |
| Of Counsel | 99 | 48,000 | 100,000 | 159,191 | 225,000 | 489,338 |
| Senior Associate | 162 | 90,000 | 121,832 | 374,798 | 200,000 | 400,000 |
| Associate | 439 | 53,000 | 77,250 | 104,057 | 110,000 | 231,246 |
| Arbitrator/Mediator | 13 | 35,000 | 100,000 | 192,482 | 150,000 | 1,200,000 |
| Assigned Counsel | 3 | 2,000 | 33,500 | 33,500 | 65,000 | 65,000 |
| Other | 182 | 25,000 | 87,500 | 133,055 | 160,500 | 560,000 |
| **Total** | **3560** | **55,000** | **115,000** | **289,194** | **250,000** | **700,000** |

### Table 2 – 2016 Reported Attorney Gross Income – Non-Private Practitioners

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Academia | 87 | 58,200 | 75,500 | 84,578 | 110,000 | 160,000 |
| Federal Government | 195 | 94,000 | 120,000 | 121,407 | 150,000 | 173,795 |
| Governmental Relations | 15 | 76,000 | 115,000 | 182,143 | 145,000 | 900,000 |
| In-House Counsel | 480 | 95,000 | 140,000 | 172,665 | 195,000 | 320,000 |
| Judge | 104 | 137,000 | 140,000 | 134,687 | 143,000 | 183,000 |
| Law School | 23 | 57,000 | 78,000 | 122,091 | 150,000 | 260,000 |
| Legal Service Agency | 102 | 46,000 | 57,000 | 64,194 | 70,000 | 125,000 |
| Local Government | 254 | 56,750 | 80,000 | 111,314 | 103,000 | 130,500 |
| Military | 21 | 73,500 | 91,000 | 99,100 | 124,500 | 162,500 |
| Non-Law Related | 122 | 60,000 | 97,750 | 225,754 | 166,000 | 600,000 |
| Non-Profit Org | 88 | 45,000 | 64,250 | 82,329 | 95,000 | 180,000 |
| Other Judiciary | 119 | 61,596 | 80,676 | 156,466 | 96,250 | 150,000 |
| Retired | 84 | 21,500 | 110,000 | 113,543 | 150,000 | 285,000 |
| State Government | 199 | 65,000 | 93,000 | 90,859 | 113,500 | 142,000 |
| **Total** | **1893** | **67,000** | **99,870** | **132,537** | **140,000** | **250,000** |



STATE BAR OF MICHIGAN                                    ECONOMICS OF LAW PRACTICE 2017

# II 2017 Attorney Hourly Billing Rates

### Table 3 – 2017 Attorney Hourly Billing Rates

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Sole Practitioner, office outside of home | 825 | 200 | 250 | 252 | 295 | 375 |
| Sole Practitioner, working out of home office | 610 | 150 | 200 | 208 | 250 | 350 |
| Sole Practitioner, sharing space | 197 | 200 | 240 | 247 | 280 | 373 |
| Managing Partner | 243 | 225 | 290 | 300 | 350 | 467 |
| Equity Partner/Shareholder | 606 | 245 | 300 | 329 | 400 | 552 |
| Non-Equity Partner | 181 | 223 | 315 | 319 | 395 | 567 |
| Of Counsel | 99 | 250 | 325 | 333 | 400 | 600 |
| Senior Associate | 162 | 220 | 260 | 270 | 315 | 400 |
| Associate | 439 | 183 | 225 | 236 | 270 | 350 |
| Arbitrator/Mediator | 13 | 250 | 275 | 293 | 350 | 410 |
| Assigned Counsel | 3 | 75 | 78 | 78 | 80 | 80 |
| Other | 182 | 150 | 200 | 240 | 307 | 450 |
| **Total** | **3560** | **200** | **250** | **266** | **307** | **470** |

### Table 4 – 2017 Attorney Hourly Billing Rates by Years in Practice

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| <1 | 52 | 150 | 190 | 197 | 233 | 333 |
| 1 to 2 | 155 | 165 | 200 | 209 | 250 | 300 |
| 3 to 5 | 278 | 175 | 209 | 219 | 250 | 325 |
| 6 to 10 | 485 | 195 | 225 | 239 | 283 | 380 |
| 11 to 15 | 352 | 200 | 250 | 275 | 300 | 450 |
| 16 to 25 | 757 | 200 | 253 | 279 | 325 | 475 |
| 26 to 30 | 393 | 200 | 250 | 278 | 328 | 530 |
| 31 to 35 | 367 | 200 | 250 | 275 | 325 | 515 |
| >35 | 861 | 200 | 250 | 284 | 335 | 510 |
| **Total** | **3700** | **200** | **250** | **266** | **305** | **473** |

### Table 5 – 2017 Attorney Hourly Billing Rates by Firm Size in a Single Location

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| 1 | 1722 | 183 | 225 | 233 | 275 | 375 |
| 2 | 365 | 200 | 250 | 270 | 300 | 400 |
| 3 | 237 | 217 | 250 | 271 | 300 | 400 |
| 4 to 6 | 354 | 200 | 250 | 280 | 317 | 467 |
| 7 to 10 | 211 | 190 | 250 | 267 | 307 | 490 |
| 11 to 20 | 223 | 225 | 280 | 302 | 350 | 500 |
| 21 to 50 | 244 | 227 | 307 | 308 | 375 | 497 |
| >50 | 321 | 255 | 347 | 358 | 450 | 573 |
| **Total** | **3677** | **200** | **250** | **266** | **305** | **475** |



STATE BAR OF MICHIGAN                                    ECONOMICS OF LAW PRACTICE 2017

### Table 6 – 2017 Attorney Billing Rates by Office Location

| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Ann Arbor area | 163 | 213 | 250 | 278 | 315 | 497 |
| Battle Creek area | 30 | 192 | 250 | 235 | 265 | 300 |
| Bay City/Midland/Saginaw area | 68 | 175 | 216 | 217 | 250 | 300 |
| Detroit, not downtown | 155 | 188 | 225 | 237 | 279 | 400 |
| Downtown Detroit & New Center area | 145 | 200 | 250 | 286 | 350 | 550 |
| Flint area | 100 | 183 | 216 | 239 | 292 | 433 |
| Grand Rapids area | 391 | 210 | 275 | 297 | 350 | 550 |
| Jackson area | 31 | 200 | 217 | 239 | 272 | 385 |
| Kalamazoo area | 112 | 175 | 233 | 242 | 300 | 430 |
| Lansing area | 205 | 200 | 227 | 252 | 285 | 410 |
| Livingston County | 55 | 200 | 225 | 238 | 250 | 317 |
| Mid-Michigan area (not Lansing) | 57 | 190 | 225 | 229 | 260 | 337 |
| Mount Clemens area | 93 | 200 | 250 | 266 | 300 | 495 |
| Muskegon area | 62 | 195 | 218 | 240 | 253 | 505 |
| Northern Michigan, Lower Peninsula | 85 | 185 | 200 | 217 | 250 | 310 |
| Oakland County (north of M-59) | 123 | 200 | 250 | 249 | 295 | 373 |
| Oakland County (south of M-59) | 875 | 200 | 275 | 280 | 350 | 470 |
| Other metro areas | 52 | 183 | 200 | 221 | 250 | 375 |
| Out of state | 306 | 225 | 300 | 320 | 383 | 600 |
| Out state, Lower Peninsula | 59 | 175 | 200 | 213 | 250 | 350 |
| Remainder Macomb County | 86 | 200 | 250 | 249 | 300 | 400 |
| Remainder Wayne County | 182 | 200 | 225 | 230 | 255 | 350 |
| Southfield | 154 | 220 | 275 | 298 | 350 | 510 |
| Traverse City area | 55 | 193 | 225 | 228 | 257 | 350 |
| Upper Peninsula | 60 | 150 | 196 | 215 | 240 | 400 |
| **Total** | **3704** | **200** | **250** | **266** | **305** | **475** |

### Table 7 – 2017 Hourly Rates Billing Rates by Field of Practice

| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Administrative Law | 88 | 200 | 250 | 270 | 320 | 500 |
| Appellate Law | 132 | 195 | 255 | 265 | 325 | 480 |
| Arbitration/Mediation | 102 | 200 | 250 | 269 | 325 | 400 |
| Auto (not lemon) Law | 30 | 225 | 260 | 318 | 400 | 600 |
| Auto no fault | 142 | 160 | 250 | 288 | 400 | 575 |
| Bankruptcy, Creditor | 83 | 237 | 275 | 296 | 350 | 510 |
| Bankruptcy, Debtor | 157 | 200 | 245 | 243 | 250 | 350 |
| Business/Commercial Litigation | 379 | 250 | 295 | 304 | 350 | 495 |
| Civil Litigation | 512 | 200 | 250 | 272 | 325 | 450 |
| Civil Rights | 70 | 200 | 288 | 290 | 400 | 485 |
| Collections, creditor | 110 | 160 | 208 | 220 | 275 | 355 |
| Collections, debtor | 20 | 193 | 250 | 253 | 298 | 475 |
| Condemnation law | 9 | 285 | 350 | 376 | 450 | 500 |



STATE BAR OF MICHIGAN                                    ECONOMICS OF LAW PRACTICE 2017

## Table 7 – 2017 Hourly Rates Billing Rates by Field of Practice

| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Construction law | 59 | 200 | 265 | 300 | 365 | 580 |
| Consumer law (including lemon law) | 41 | 250 | 300 | 322 | 400 | 600 |
| Contracts | 262 | 200 | 250 | 265 | 325 | 475 |
| Corporate and business | 498 | 225 | 275 | 291 | 340 | 530 |
| Criminal (misdemeanor) | 363 | 180 | 200 | 234 | 250 | 350 |
| Criminal (felony) | 355 | 200 | 225 | 250 | 290 | 400 |
| Driver License Restoration | 27 | 200 | 250 | 254 | 300 | 500 |
| Elder Law | 229 | 200 | 240 | 250 | 275 | 350 |
| Election Law | 4 | 178 | 228 | 226 | 275 | 275 |
| Employment law (plaintiff) | 77 | 250 | 300 | 313 | 380 | 485 |
| Employment law (defense) | 108 | 200 | 295 | 281 | 350 | 425 |
| Entertainment Law | 20 | 190 | 250 | 295 | 333 | 800 |
| Environmental law | 28 | 243 | 275 | 307 | 375 | 515 |
| Family law | 769 | 200 | 240 | 235 | 275 | 350 |
| Foreclosure, debtor | 9 | 200 | 250 | 250 | 300 | 500 |
| Foreclosure, lender | 20 | 215 | 237 | 257 | 270 | 420 |
| General Civil | 188 | 184 | 225 | 230 | 258 | 350 |
| Health & Hospital law | 64 | 203 | 285 | 316 | 375 | 560 |
| Immigration law | 67 | 185 | 250 | 255 | 300 | 455 |
| Indian Law | 11 | 150 | 250 | 227 | 300 | 370 |
| Insurance law (plaintiff) | 46 | 275 | 380 | 379 | 450 | 600 |
| Insurance law (defense) | 148 | 150 | 168 | 192 | 200 | 320 |
| Intellectual property | 144 | 250 | 318 | 334 | 398 | 565 |
| Labor and Employment | 105 | 200 | 275 | 301 | 375 | 550 |
| Landlord/tenant (commercial) | 26 | 160 | 225 | 243 | 300 | 370 |
| Landlord/tenant (residential) | 82 | 150 | 200 | 196 | 250 | 275 |
| Libel, slander and defamation | 3 | 375 | 415 | 405 | 425 | 425 |
| Marijuana Law | 20 | 225 | 250 | 273 | 300 | 460 |
| Medical malpractice (plaintiff) | 43 | 300 | 400 | 448 | 500 | 900 |
| Medical malpractice (defendant) | 58 | 175 | 185 | 189 | 200 | 250 |
| Municipal Law | 110 | 150 | 165 | 190 | 235 | 330 |
| Veterans and Military Law | 5 | 180 | 200 | 220 | 295 | 300 |
| Other Civil law | 149 | 200 | 250 | 272 | 300 | 570 |
| Other Professional Liability | 22 | 210 | 300 | 298 | 350 | 425 |
| Personal Injury (defendant) | 102 | 150 | 170 | 186 | 200 | 310 |
| Personal Injury (plaintiff) | 186 | 275 | 350 | 362 | 400 | 600 |
| Probate litigation | 223 | 200 | 250 | 260 | 300 | 400 |
| Guardianship/conservatorship | 151 | 186 | 225 | 228 | 250 | 350 |
| Probate-trust administration | 599 | 200 | 250 | 256 | 295 | 400 |
| Product liability | 32 | 235 | 300 | 320 | 400 | 550 |
| Property Damage | 10 | 220 | 350 | 323 | 450 | 450 |
| Public benefits | 8 | 200 | 308 | 380 | 475 | 880 |
| Real Estate | 591 | 200 | 250 | 261 | 300 | 415 |



STATE BAR OF MICHIGAN                                    ECONOMICS OF LAW PRACTICE 2017

### Table 7 – 2017 Hourly Rates Billing Rates by Field of Practice

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Schools and Education | 25 | 175 | 240 | 233 | 285 | 350 |
| Securities Law | 40 | 250 | 343 | 361 | 485 | 575 |
| Tax Law | 145 | 250 | 310 | 345 | 400 | 590 |
| Workers Compensation-employees | 21 | 200 | 250 | 251 | 340 | 450 |
| Workers Compensation-employer | 18 | 100 | 120 | 130 | 140 | 275 |
| Total | 8145 | 200 | 250 | 266 | 300 | 475 |

### Table 8 – Attorney Hourly Billing Rates by County[1]

| County | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Alcona | 3 | 195 | 198 | 198 | 200 | 200 |
| Alger | 6 | 150 | 200 | 184 | 200 | 225 |
| Allegan | 83 | 185 | 250 | 264 | 300 | 420 |
| Alpena | 7 | 167 | 198 | 235 | 217 | 550 |
| Antrim | 26 | 185 | 225 | 217 | 250 | 283 |
| Arenac | 0 | . | . | . | . | . |
| Baraga | 3 | 130 | 150 | 160 | 200 | 200 |
| Barry | 19 | 238 | 283 | 284 | 350 | 400 |
| Bay | 63 | 183 | 217 | 229 | 250 | 350 |
| Benzie | 21 | 200 | 225 | 235 | 273 | 328 |
| Berrien | 63 | 187 | 240 | 245 | 295 | 430 |
| Branch | 20 | 180 | 245 | 223 | 250 | 300 |
| Calhoun | 60 | 200 | 245 | 244 | 290 | 379 |
| Cass | 32 | 168 | 211 | 232 | 263 | 450 |
| Charlevoix | 21 | 200 | 225 | 229 | 250 | 333 |
| Cheboygan | 11 | 200 | 225 | 221 | 250 | 300 |
| Chippewa | 11 | 113 | 150 | 150 | 192 | 225 |
| Clare | 15 | 200 | 250 | 237 | 300 | 337 |
| Clinton | 84 | 200 | 230 | 231 | 250 | 300 |
| Crawford | 8 | 180 | 193 | 193 | 225 | 250 |
| Delta | 12 | 175 | 192 | 202 | 238 | 300 |
| Dickinson | 11 | 160 | 200 | 291 | 300 | 1,101 |
| Eaton | 112 | 198 | 230 | 251 | 266 | 350 |
| Emmet | 28 | 200 | 229 | 249 | 288 | 480 |
| Genesee | 168 | 199 | 235 | 252 | 294 | 500 |
| Gladwin | 10 | 200 | 223 | 217 | 260 | 275 |
| Gogebic | 5 | 175 | 225 | 200 | 250 | 300 |
| Grand Traverse | 74 | 193 | 232 | 238 | 257 | 383 |
| Gratiot | 16 | 200 | 227 | 228 | 275 | 337 |
| Hillsdale | 10 | 200 | 204 | 241 | 300 | 385 |
| Houghton | 16 | 168 | 200 | 204 | 238 | 335 |
| Huron | 5 | 167 | 170 | 181 | 195 | 225 |
| Ingham | 243 | 200 | 235 | 260 | 300 | 425 |

1 Data is not displayed for categories with fewer than three respondents due to insufficient information but is included in the totals.



STATE BAR OF MICHIGAN                                    ECONOMICS OF LAW PRACTICE 2017

## Table 8 – Attorney Hourly Billing Rates by County[1]

| County | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Ionia | 19 | 150 | 217 | 236 | 275 | 450 |
| Iosco | 3 | 125 | 138 | 153 | 195 | 195 |
| Iron | 4 | 143 | 163 | 200 | 258 | 350 |
| Isabella | 29 | 230 | 250 | 250 | 300 | 300 |
| Jackson | 56 | 200 | 233 | 237 | 280 | 385 |
| Kalamazoo | 117 | 175 | 240 | 259 | 305 | 450 |
| Kalkaska | 4 | 166 | 183 | 179 | 192 | 200 |
| Kent | 424 | 218 | 275 | 301 | 355 | 543 |
| Keweenaw | 5 | 180 | 200 | 274 | 317 | 525 |
| Lake | 7 | 150 | 175 | 195 | 250 | 342 |
| Lapeer | 48 | 188 | 220 | 246 | 263 | 433 |
| Leelanau | 36 | 200 | 223 | 223 | 250 | 328 |
| Lenawee | 48 | 200 | 200 | 220 | 250 | 350 |
| Livingston | 115 | 200 | 250 | 253 | 283 | 400 |
| Luce | 5 | 117 | 150 | 145 | 150 | 250 |
| Mackinac | 11 | 145 | 150 | 215 | 250 | 565 |
| Macomb | 866 | 200 | 250 | 265 | 300 | 425 |
| Manistee | 12 | 197 | 216 | 221 | 262 | 285 |
| Marquette | 31 | 150 | 200 | 201 | 250 | 300 |
| Mason | 14 | 150 | 193 | 194 | 250 | 275 |
| Mecosta | 12 | 217 | 250 | 227 | 250 | 290 |
| Menominee | 5 | 175 | 177 | 369 | 217 | 1,101 |
| Midland | 56 | 200 | 250 | 269 | 300 | 520 |
| Missaukee | 2 | . | . | . | . | . |
| Monroe | 54 | 183 | 200 | 217 | 235 | 340 |
| Montcalm | 19 | 151 | 200 | 217 | 267 | 400 |
| Montmorency | 5 | 167 | 175 | 171 | 175 | 198 |
| Muskegon | 85 | 200 | 250 | 265 | 295 | 520 |
| Newaygo | 14 | 120 | 200 | 199 | 255 | 300 |
| Oakland | 1544 | 200 | 250 | 275 | 325 | 470 |
| Oceana | 25 | 163 | 200 | 213 | 250 | 350 |
| Ogemaw | 7 | 150 | 200 | 218 | 275 | 317 |
| Ontonagon | 5 | 200 | 200 | 185 | 225 | 250 |
| Osceola | 6 | 175 | 180 | 186 | 233 | 250 |
| Oscoda | 1 | 185 | 185 | 185 | 185 | 185 |
| Otsego | 18 | 175 | 200 | 220 | 275 | 350 |
| Ottawa | 225 | 220 | 270 | 290 | 333 | 520 |
| Presque Isle | 3 | 200 | 200 | 206 | 217 | 217 |
| Roscommon | 9 | 200 | 200 | 215 | 250 | 350 |
| Saginaw | 81 | 163 | 200 | 218 | 250 | 405 |
| Sanilac | 14 | 170 | 215 | 211 | 250 | 325 |
| Schoolcraft | 5 | 150 | 150 | 347 | 183 | 1,101 |
| Shiawassee | 18 | 200 | 225 | 257 | 300 | 567 |

1 Data is not displayed for categories with fewer than three respondents due to insufficient information but is included in the totals.



STATE BAR OF MICHIGAN                                    ECONOMICS OF LAW PRACTICE 2017

**Table 8 – Attorney Hourly Billing Rates by County[1]**

| County | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| St. Clair | 41 | 195 | 250 | 236 | 272 | 350 |
| St. Joseph | 21 | 175 | 200 | 213 | 233 | 280 |
| Tuscola | 20 | 175 | 221 | 219 | 250 | 329 |
| Van Buren | 60 | 180 | 233 | 245 | 293 | 450 |
| Washtenaw | 343 | 200 | 250 | 274 | 317 | 467 |
| Wayne | 1485 | 200 | 250 | 269 | 317 | 467 |
| Wexford | 9 | 175 | 200 | 206 | 233 | 305 |
| Statewide Practice | 31 | 200 | 255 | 265 | 325 | 400 |
| Out of state practice | 239 | 250 | 310 | 334 | 397 | 600 |
| Total | 7582 | 200 | 250 | 265 | 300 | 465 |

1 Data is not displayed for categories with fewer than three respondents due to insufficient information but is included in the totals.

**Table 9 – 2017 Attorney Hourly Billing Rates by Circuit**

| Circuit | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| 1 Hillsdale | 10 | 200 | 204 | 241 | 300 | 385 |
| 2 Berrien | 63 | 187 | 240 | 245 | 295 | 430 |
| 3 Wayne | 1485 | 200 | 250 | 269 | 317 | 467 |
| 4 Jackson | 56 | 200 | 233 | 237 | 280 | 385 |
| 5 Barry | 19 | 238 | 283 | 284 | 350 | 400 |
| 6 Oakland | 1544 | 200 | 250 | 275 | 325 | 470 |
| 7 Genesee | 168 | 199 | 235 | 252 | 294 | 500 |
| 8 Ionia, Montcalm | 38 | 151 | 213 | 227 | 275 | 425 |
| 9 Kalamazoo | 117 | 175 | 240 | 259 | 305 | 450 |
| 10 Saginaw | 81 | 163 | 200 | 218 | 250 | 405 |
| 11 Alger, Luce, Mackinac, Schoolcraft | 27 | 150 | 150 | 219 | 200 | 565 |
| 12 Baraga, Houghton, Keweenaw | 24 | 158 | 200 | 213 | 238 | 335 |
| 13 Antrim, Grand Traverse, Leelanau | 136 | 192 | 225 | 230 | 250 | 350 |
| 14 Muskegon | 85 | 200 | 250 | 265 | 295 | 520 |
| 15 Branch | 20 | 180 | 245 | 223 | 250 | 300 |
| 16 Macomb | 866 | 200 | 250 | 265 | 300 | 425 |
| 17 Kent | 424 | 218 | 275 | 301 | 355 | 543 |
| 18 Bay | 63 | 183 | 217 | 229 | 250 | 350 |
| 19 Benzie, Manistee | 33 | 200 | 222 | 230 | 273 | 328 |
| 20 Ottawa | 225 | 220 | 270 | 290 | 333 | 520 |
| 21 Isabella | 29 | 230 | 250 | 250 | 300 | 300 |
| 22 Washtenaw | 343 | 200 | 250 | 274 | 317 | 467 |
| 23 Alcona, Arenac, Iosco, Oscoda | 25 | 175 | 200 | 208 | 225 | 300 |
| 24 Sanilac | 14 | 170 | 215 | 211 | 250 | 325 |
| 25 Marquette | 31 | 150 | 200 | 201 | 250 | 300 |
| 26 Alpena, Montmorency | 12 | 167 | 175 | 208 | 199 | 550 |
| 27 Newaygo, Oceana | 39 | 160 | 200 | 208 | 250 | 350 |
| 28 Missaukee, Wexford | 11 | 150 | 200 | 203 | 233 | 305 |



STATE BAR OF MICHIGAN                                    ECONOMICS OF LAW PRACTICE 2017

### Table 9 – 2017 Attorney Hourly Billing Rates by Circuit

| Circuit | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| 29 Clinton, Gratiot | 100 | 200 | 230 | 231 | 250 | 313 |
| 30 Ingham | 243 | 200 | 235 | 260 | 300 | 425 |
| 31 St. Clair | 41 | 195 | 250 | 236 | 272 | 350 |
| 32 Gogebic, Ontonagon | 10 | 175 | 213 | 193 | 250 | 300 |
| 33 Charlevoix | 21 | 200 | 225 | 229 | 250 | 333 |
| 34 Ogemaw, Roscommon | 16 | 173 | 200 | 216 | 255 | 350 |
| 35 Shiawassee | 18 | 200 | 225 | 257 | 300 | 567 |
| 36 Van Buren | 60 | 180 | 233 | 245 | 293 | 450 |
| 37 Calhoun | 60 | 200 | 245 | 244 | 290 | 379 |
| 38 Monroe | 54 | 183 | 200 | 217 | 235 | 340 |
| 39 Lenawee | 48 | 200 | 200 | 220 | 250 | 350 |
| 40 Lapeer | 48 | 188 | 220 | 246 | 263 | 433 |
| 41 Dickinson, Iron, Menominee | 20 | 163 | 176 | 293 | 300 | 1,101 |
| 42 Midland | 56 | 200 | 250 | 269 | 300 | 520 |
| 43 Cass | 32 | 168 | 211 | 232 | 263 | 450 |
| 44 Livingston | 115 | 200 | 250 | 253 | 283 | 400 |
| 45 St. Joseph | 21 | 175 | 200 | 213 | 233 | 280 |
| 46 Crawford, Kalkaska, Otsego | 12 | 178 | 185 | 188 | 200 | 250 |
| 47 Delta | 12 | 175 | 192 | 202 | 238 | 300 |
| 48 Allegan | 83 | 185 | 250 | 264 | 300 | 420 |
| 49 Mecosta, Osceola | 18 | 175 | 237 | 213 | 250 | 290 |
| 50 Chippewa | 11 | 113 | 150 | 150 | 192 | 225 |
| 51 Lake, Mason | 21 | 150 | 185 | 194 | 250 | 275 |
| 52 Huron | 5 | 167 | 170 | 181 | 195 | 225 |
| 53 Cheboygan, Presque Isle | 14 | 200 | 208 | 217 | 233 | 300 |
| 54 Tuscola | 20 | 175 | 221 | 219 | 250 | 329 |
| 55 Clare, Gladwin | 25 | 200 | 245 | 229 | 260 | 300 |
| 56 Eaton | 112 | 198 | 230 | 251 | 266 | 350 |
| 57 Emmet | 28 | 200 | 229 | 249 | 288 | 480 |
| 84 Statewide Practice | 31 | 200 | 255 | 265 | 325 | 400 |
| 85 Out Of State Practice | 239 | 250 | 310 | 334 | 397 | 600 |
| Total | 7582 | 200 | 250 | 265 | 300 | 465 |



**BOSCH KILLMAN VANDERWAL, P.C.**
ATTORNEYS AND COUNSELORS
2900 EAST BELTLINE NE, SUITE A
GRAND RAPIDS MI 49525
PHONE (616) 364-2900 FAX (616) 364-2901

September 11, 2017
Billed through 08/31/17

Bill #    AOTRV - 25289    33129      PDB

FEDERAL ID # Account #, Pursuant Sup. R. 44

AUTO OWNERS INSURANCE COMPANY
ATTN: MATT SHEIDLER
700 HAMMOND ROAD #100
TRAVERSE CITY, MI 49686-9198

**JEFFREY DUPILKA -- INSURED**
**DENNIS & SUSAN HANKINS -- CLAIMANT**
**300-335551-2016**

PROFESSIONAL SERVICES RENDERED

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
| 06/26/17 | PDB | REVIEW OF VOICE MAIL FROM J.D. | 0.10 hrs |
| 07/06/17 | PDB | TELEPHONE CONFERENCE WITH MATT RE: CASE, ETC. | 0.30 hrs |
| 07/06/17 | PDB | TELEPHONE CONFERENCE WITH MATT RE: CASE AND CLAIM. | 0.20 hrs |
| 07/06/17 | PDB | REVIEW COMPANY FILE, FILE ANSWER, AFFIRMATIVE DEFENSES; DEMAND FOR JURY, REPORT TO COMPANY. | 2.00 hrs |
| 07/06/17 | PDB | DRAFTING OBJECTION TO PLAINTIFF'S REQUEST TO PRODUCE. | 0.50 hrs |
| 07/07/17 | PDB | RESEARCH RE: STATUTES REFERENCED IN PLAINTIFF'S COMPLAINT. | 0.50 hrs |
| 07/07/17 | PDB | REPORT TO COMPANY. | 0.30 hrs |
| 07/07/17 | PDB | DRAFTING AND SERVING INTERROGATORIES ON PLAINTIFFS. | 0.80 hrs |
| 07/07/17 | PDB | REVIEW OF ADDITIONAL FILE MATERIALS RECEIVED FROM COMPANY. | 1.00 hrs |
| 07/09/17 | PDB | CORRESPONDENCE TO MATT RE: PLAINTIFF'S DISCOVERY TO AUTO OWNERS. | 0.20 hrs |
| 07/13/17 | JN | REVIEW OF CORRESPONDENCE FROM ATTORNEY CONLON'S OFFICE RE: OUR RESPONSIVE PLEADINGS, TELEPHONE CONFERENCE WITH JAMIE AT ATTORNEY CONLON'S OFFICE RE: SAME. | 0.20 hrs |
| 07/18/17 | PDB | REVIEW OF CO-DEFENDANT'S ANSWER TO COMPLAINT. | 0.10 hrs |
| 07/18/17 | PDB | CORRESPONDENCE TO COMPANY ALONG WITH DUMPILY'S RESPONSIVE PLEADINGS. | 0.30 hrs |
| 07/24/17 | PDB | REVIEW OF EMAIL FROM ATTORNEY PORTNAY RE: PRIVILEGED DOCUMENT ISSUE. | 0.10 hrs |
| 07/26/17 | PDB | REVIEW OF LETTER FROM ATTORNEY PORTNOY. | 0.10 hrs |
| 07/28/17 | PDB | TELEPHONE CONFERENCE WITH ATTORNEY PORTNOY. | 0.20 hrs |
| 08/02/17 | PDB | REVIEW OF VOICE MAIL MESSAGE FROM ATTORNEY PORTNOY. | 0.10 hrs |
| 08/02/17 | PDB | REVIEW OF LETTER FROM ATTORNEY PORTNAY RE CALLING COURT TO SCHEDULE PHONE CONFERENCE. | 0.10 hrs |
| 08/02/17 | PDB | REVIEW OF COPY OF DUPILKA'S DISCOVERY REQUESTS TO PLAINTIFF. | 0.10 hrs |
| 08/03/17 | PDB | TIME SPENT REVIEWING RECORDED STATEMENT OF INSURED WITH WAS INCORRECT ON (ERROR BY COMPANY - SENT WRONG ONE). | 0.30 hrs |

AOTRV    25289              Inv# 33129                                    Page    2

| 08/03/17 | PDB | TELEPHONE CONFERENCE WITH MIKE CONLON RE: CASE. | 0.30 hrs |
|----------|-----|------------------------------------------------|----------|
| 08/03/17 | PDB | CORRESPONDENCE TO PLAINTIFF'S ATTORNEY ALONG WITH COPY OF AUTO OWNERS FILE MATERIALS. | 0.30 hrs |
| 08/03/17 | PDB | REVIEW OF AUTO OWNERS FILE MATERIALS TO RETRACT PRIVILEGED DOCUMENTS. | 0.30 hrs |
| 08/03/17 | PDB | DRAFTING AND SERVING INTERROGATORIES AND REQUEST TO PRODUCE AND LETTER TO MATT RE: SAME. | 1.50 hrs |
| 08/03/17 | PDB | CORRESPONDENCE TO PLAINTIFF'S ATTORNEY ALONG WITH DISCOVERY RESPONSES. | 0.30 hrs |
| 08/03/17 | PDB | TELEPHONE CONFERENCE WITH MATT RE: CASE AND CLAIM AND DISCOVERY RESPONSES. | 0.30 hrs |
| 08/04/17 | PDB | DRAFTING OFFER OF JUDGMENT AND LETTER TO ATTORNEY RE: SAME. | 0.60 hrs |
| 08/07/17 | PDB | REPORT TO COMPANY RE: CASE AND OFFER OF JUDGMENT. | 0.30 hrs |
| 08/07/17 | PDB | REVIEW OF DUPILKA'S DISCOVERY RESPONSES. | 0.10 hrs |
| 08/07/17 | PDB | REPORT TO COMPANY. | 0.30 hrs |
| 08/08/17 | PDB | REVIEW OF NOTICE OF SCHEDULING CONFERENCE FROM COURT. | 0.10 hrs |
| 08/08/17 | PDB | REPORT TO COMPANY RE: CASE AND SCHEDULING CONFERENCE. | 0.30 hrs |
| 08/08/17 | PDB | REVIEW OF NOTICE OF SCHEDULING CONFERENCE. | 0.10 hrs |
| 08/08/17 | PDB | REPORT TO COMPANY RE: SCHEDULING CONFERENCE. | 0.20 hrs |
| 08/08/17 | PDB | TELEPHONE CONFERENCE WITH ATTORNEY PORTNAY RE: CASE, DISCOVERY ISSUES AND CASE. | 0.30 hrs |
| 08/16/17 | PDB | REVIEW OF PROPOSED SCHEDULING DATES AND RESPONSE THERETO. | 0.20 hrs |
| 08/17/17 | PDB | TELEPHONE CONFERENCE WITH PLAINTIFF'S ATTORNEY RE: MOTION TO COMPEL ISSUE. | 0.20 hrs |
| 08/17/17 | PDB | CORRESPONDENCE TO PLAINTIFF'S ATTORNEY RE: MOTION OT COMPEL ISSUE AND OUR DISCOVERY RESPONSES. | 0.30 hrs |
| 08/22/17 | PDB | CORRESPONDENCE TO PLAINTIFF'S ATTORNEY RE: OUTSTANDING DISCOVERY REQUESTS. | 0.30 hrs |
| 08/23/17 | PDB | REVIEW OF LETTER FROM ATTORNEY PORTNAY RE: HIS CLIENT'S DISCOVERY RESPONSE. | 0.10 hrs |
| 08/29/17 | PDB | CORRESPONDENCE TO PLAINTIFF'S ATTORNEY RE: ISSUES WITH HIS CLIENT'S DISCOVERY RESPONSES. | 0.30 hrs |
| 08/30/17 | PDB | REVIEW OF PLAINTIFF'S DISCOVERY RESPONSES. | 0.10 hrs |

Total Fees                          14.30  hrs

BILLING SUMMARY

TOTAL FEES

CHARGES FOR THIS INVOICE

TOTAL AMOUNT NOW DUE

**BOSCH KILLMAN VANDERWAL, P.C.**
ATTORNEYS AND COUNSELORS
2900 EAST BELTLINE NE, SUITE A
GRAND RAPIDS MI 49525
PHONE (616) 364-2900 FAX (616) 364-2901

December 6, 2017

Billed through  12/06/17

Bill #   AOTRV - 25289   33553   PDB

FEDERAL ID # Account #, Pursuant Sup. R. 44

AUTO OWNERS INSURANCE COMPANY
ATTN: MATT SHEIDLER
700 HAMMOND ROAD  #100
TRAVERSE CITY, MI  49686-9198

*JEFFREY DUPILKA -- INSURED*
*DENNIS & SUSAN HANKINS -- CLAIMANT*
*300-335551-2016*

PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 09/08/17 | PDB | REVIEW OF LETTER FROM ATTORNEY PORTNOY RE: DISCOVERY RESPONSES. | 0.10  hrs |
| 09/21/17 | PDB | REVIEW OF CO-DEFENDANT'S DISCOVERY REQUESTS TO PLAINTIFF. | 0.10  hrs |
| 09/26/17 | PDB | REVIEW OF COURT'S SCHEDULING ORDER AND TRIAL AND PRE-TRIAL NOTICES. | 0.20  hrs |
| 09/26/17 | PDB | REPORT TO COMPANY RE: COURT DEADLINES, TRIAL, ETC. | 0.30  hrs |
| 09/27/17 | PDB | REVIEW OF COURT ORDER RE: MEDIATION. | 0.10  hrs |
| 09/27/17 | PDB | DRAFTING MOTION TO COMPEL AND NOTICE OF HEARING. | 1.20  hrs |
| 10/16/17 | SLB | ATTENDANCE AT MOTION TO COMPEL. | 1.00  hrs |
| 10/16/17 | SLB | PREPARATION FOR MOTION. | 1.00  hrs |
| 10/16/17 | SLB | TRAVEL TO MANISTEE. (ONE HOUR MAXIMUM EACH WAY) | 2.00  hrs |
| 10/17/17 | SLB | DRAFTING COURT ORDER. | 0.20  hrs |
| 10/18/17 | PDB | REVIEW OF STIPULATION AND ORDER RE: MEDIATOR FROM ATTORNEY CONLON. | 0.10  hrs |
| 10/18/17 | PDB | TELEPHONE CONFERENCE WITH MIKE C. RE: CASE AND MEDIATOR SELECTION. | 0.20  hrs |
| 10/22/17 | PDB | CORRESPONDENCE TO ATTORNEY CONLON ALONG WITH SINGED STIPULATION. | 0.10  hrs |
| 10/22/17 | PDB | REPORT TO COMPANY RE: CASE AND RESULTS OF MOTION. | 0.30  hrs |
| 10/24/17 | PDB | REVIEW OF EMAIL FROM ATTORNEY CONLON RE: EXPERT ISSUE. | 0.10  hrs |
| 10/24/17 | PDB | REVIEW OF PLAINTIFF'S WITNESS LIST NOTICE. | 0.10  hrs |
| 10/25/17 | PDB | REVIEW OF LETTER TO COURT RE: MEDIATOR SELECTION. | 0.10  hrs |
| 10/31/17 | PDB | REVIEW OF NOTICE FROM COURT RE: MEDIATION. | 0.10  hrs |
| 10/31/17 | PDB | REPORT TO COMPANY RE: MEDIATION AND MEDIATOR. | 0.20  hrs |
| 11/01/17 | PDB | DRAFTING EXHIBIT LIST AND WITNESS LIST. | 1.00  hrs |
| 11/02/17 | PDB | REVIEW OF ATTORNEY CONLON'S WITNESS AND EXHIBIT LIST. | 0.10  hrs |
| 11/06/17 | PDB | CORRESPONDENCE TO MR. PORTNAY RE: ORDER, COSTS, ETC. | 0.30  hrs |
| 11/07/17 | PDB | REVIEW OF PLAINTIFF'S ANSWERS TO CO-DEFENDANT'S INTERROGATORIES. | 0.10  hrs |
| 11/07/17 | PDB | REPORT TO COMPANY RE: PLAINTIFF'S DISCOVERY | 0.30  hrs |

AOTRV        25289            Inv# 33553                          Page      2

|  |  | RESPONSES TO CO-DEFENDANT'S INTERROGATORIES. |  |
| 11/12/17 | PDB | REVIEW OF ORDER FROM COURT. | 0.10 hrs |
| 11/12/17 | PDB | CORRESPONDENCE TO PLAINTIFF'S ATTORNEY ALONG WITH ORDER. | 0.20 hrs |
| 11/14/17 | PDB | REVIEW OF LETTER FROM MEDIATOR. | 0.10 hrs |
| 11/14/17 | PDB | REPORT TO COMPANY. | 0.30 hrs |
| 11/14/17 | PDB | REVIEW OF LETTER FROM ATTORNEY PORTNAY RE: WORK PRODUCT ISSUE. | 0.10 hrs |
| 11/16/17 | PDB | REVIEW OF LETTER FROM PORTNAY RE: SANCTION PAYMENT AND DISCOVERY ISSUE. | 0.10 hrs |
| 11/16/17 | PDB | CORRESPONDENCE TO ATTORNEY PORTNAY RE: SANCTION ISSUE AND PRIVILEGED DOCUMENTS. | 0.30 hrs |
| 11/16/17 | PDB | REVIEW OF COPY OF LETTER FROM CONLON TO PLAINTIFF'S ATTORNEY RE: DISCOVERY ISSUES. | 0.10 hrs |
| 11/21/17 | PDB | REVIEW OF COPY OF DISCOVERY REQUESTS FROM ATTORNEY CONLON TO PLAINTIFF J.D. | 0.10 hrs |
| 11/21/17 | PDB | REVIEW OF PLAINTIFF'S SUPPLEMENTAL DISCOVERY RESPONSES AND LETTER TO ATTORNEY PORTNOY RE: SAME. | 0.50 hrs |
| 11/21/17 | PDB | TIME SPENT SCHEDULING DEPOSITION OF PLAINTIFF AND DRAFTING NOTICE OF SAME. | 0.40 hrs |
| 11/22/17 | PDB | REVIEW OF LETTER FROM MEDIATOR. | 0.10 hrs |
| 11/22/17 | PDB | REPORT TO COMPANY RE: MEDIATION DATE AND TIME. | 0.20 hrs |
| 11/27/17 | PDB | REVIEW OF LETTER FROM ATTORNEY PORTNOY. | 0.10 hrs |
| 11/27/17 | PDB | CORRESPONDENCE TO ATTORNEY PORTNOY RE: INSUFFICIENT DISCOVERY RESPONSES. | 0.30 hrs |

Total Fees                                    12.30  hrs

DISBURSEMENTS

| 09/28/17 | CLIENT COSTS ADVANCED-- CK#25926 -- MANISTEE COUNTY CIRCUIT COURT -- MOTION FEE | $20.00 |
| 10/16/17 | MILEAGE CHARGES-- MANISTEE/MOTION # OF MILES: 250      RATE APPLIED: .535 PER MILE | $133.75 |

Total Disbursements                                $153.75

BILLING SUMMARY

TOTAL FEES

TOTAL DISBURSEMENTS                                 $153.75

CHARGES FOR THIS INVOICE

TOTAL AMOUNT NOW DUE

PLEASE NOTE BILL NUMBER ON YOUR CHECK.  PAYMENT IS DUE UPON RECEIPT.  THANK YOU.

**BOSCH KILLMAN VANDERWAL, P.C.**
ATTORNEYS AND COUNSELORS
2900 EAST BELTLINE NE, SUITE A
GRAND RAPIDS MI 49525
PHONE (616) 364-2900 FAX (616) 364-2901

March 12, 2018

Billed through  03/10/18

Bill #    AOTRV - 25289    33962        PDB

FEDERAL ID # Account #, Pursuant Sup. R. 44

AUTO OWNERS INSURANCE COMPANY
ATTN: MATT SHEIDLER
700 HAMMOND ROAD  #100
TRAVERSE CITY, MI  49686-9198


*JEFFREY DUPILKA -- INSURED*
*DENNIS & SUSAN HANKINS -- CLAIMANT*
*300-335551-2016*


PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 11/16/17 | PDB | REVIEW OF PLAINTIFF'S EXHIBIT LIST. | 0.10 hrs |
| 11/29/17 | PDB | REVIEW OF LETTER FROM ATTORNEY PORTNOY RE: REASONS FOR BAD FAITH. | 0.10 hrs |
| 11/29/17 | PDB | REVIEW OF SUBSTITUTION OF ATTORNEYS ORDER. | 0.10 hrs |
| 11/30/17 | PDB | REVIEW OF LETTER FROM PORTNOY INDICATING HE'LL SUPPLEMENT ANSWERS TO INTERROGATORIES AFTER D. WILEY'S DEPOSITION. | 0.10 hrs |
| 11/30/17 | PDB | REVIEW OF LETTER FROM PORTNOY RE: CALLING TO SCHEDULE DEPOSITION OF WILEY. | 0.10 hrs |
| 12/01/17 | PDB | REPORT TO COMPANY RE: STATUS OF CASE AND PORTNOY WANTING TO TAKE DEB'S DEPOSITION. | 0.30 hrs |
| 12/02/17 | PDB | REVIEW OF MOTION AND MEMO FROM ATTORNEY PORTNOY. | 0.20 hrs |
| 12/02/17 | PDB | CORRESPONDENCE TO ATTORNEY PORTNOY RE: DEB WHEY NO LONGER BEING AT AUTO OWNERS. | 0.30 hrs |
| 12/02/17 | PDB | REVIEW OF LETTER FROM PORTNOY RE: CANCELLATION OF HIS CLIENT'S DEPOSITION ON THE 20TH. | 0.10 hrs |
| 12/04/17 | PDB | CORRESPONDENCE TO ATTORNEY PORTNOY RE: HIS CANCELLING HIS CLIENT'S DEPOSITION, ETC AND SENDING US A SUBPOENA. | 0.30 hrs |
| 12/04/17 | PDB | REVIEW OF CO-DEFENDANT'S EXPERT WITNESS LIST. | 0.10 hrs |
| 12/05/17 | PDB | REVIEW OF LETTER FROM PORTNOY RE: REFUSING TO HAVE CLIENT DEPOSED AND WILEY CONTACT INFORMATION. | 0.10 hrs |
| 12/06/17 | PDB | TELEPHONE CONFERENCE WITH ANDREA (2 CALLS) RE: CASE, WILEY DEPOSITION, ETC. | 0.30 hrs |
| 12/06/17 | PDB | CORRESPONDENCE TO DEB WILEY RE: DEPOSITION ISSUE. | 0.30 hrs |
| 12/06/17 | PDB | TELEPHONE CONFERENCE WITH DEB W. RE: TAKING OF HER DEPOSITION, ETC. | 0.30 hrs |
| 12/10/17 | PDB | CORRESPONDENCE TO ATTORNEY MISTY WOOD RE: CASE AND HER INVOLVEMENT IN SAME. | 0.20 hrs |
| 12/10/17 | PDB | CORRESPONDENCE TO ATTORNEY PORTNOY RE: CASE, DEPOSITION OF WILEY AND INTERNET INFORMATION ON WILEY CONTACT INFORMATION | 0.30 hrs |
| 12/10/17 | PDB | CORRESPONDENCE TO ATTORNEY WOOD. | 0.20 hrs |
| 12/12/17 | PDB | REVIEW OF LETTER (EMAIL) FROM MISTY WOOD. | 0.10 hrs |
| 12/12/17 | PDB | REPORT TO COMPANY RE: CASE, PORTNOY AND PRO HAC | 0.40 hrs |

AOTRV    25289           Inv# 33962                              Page    2

| | | | |
|---|---|---|---|
| | | VICE. | |
| 12/19/17 | PDB | REVIEW OF EMAIL FROM ATTORNEY PORTNOY RE: D. WILEY'S PHONE NUMBER. | 0.10 hrs |
| 12/27/17 | PDB | REVIEW OF EMAIL FROM PLAINTIFF'S ATTORNEY RE: SCHEDULING DEPOSITIONS. | 0.10 hrs |
| 01/04/18 | PDB | REVIEW OF NOTICE OF DISMISSAL FROM ATTORNEY PORTNOY. | 0.10 hrs |
| 01/04/18 | JN | TELEPHONE CONFERENCE WITH COURT RE: IMPROPER NOTICE FOR PLAINTIFF'S MOTION FOR SANCTIONS, TO COMPEL, ETC; MULTIPLE PHONE CALLS WITH MIKE PORTNOY RE: ADJOURNMENT OF MOTION AND DATES FOR DEPOSITIONS OF PLAINTIFFS; CORRESPONDENCE TO ALL COUNSEL RE: AVAILABLE DATES FOR DEPOSITIONS OF PLAINTIFFS. | 0.50 hrs |
| 01/08/18 | PDB | CORRESPONDENCE TO ATTORNEY PORTNOY RE: DEPOSITION OF WILEY AND SENDING AUTO OWNERS A SUBPOENA. | 0.30 hrs |
| 01/08/18 | PDB | REPORT TO COMPANY. | 0.30 hrs |
| 01/09/18 | PDB | REVIEW OF LETTER FROM ATTORNEY PORTNOY RE: WILEY PHONE NUMBER AND RESPONSE THERETO. | 0.40 hrs |
| 01/10/18 | PDB | REVIEW OF COPY OF LETTER FROM PLAINTIFF'S ATTORNEY TO ATTORNEY CONLON. | 0.10 hrs |
| 01/11/18 | JN | CORRESPONDENCE TO AND FROM PLAINTIFF'S ATTORNEY AND CO-DEFENDANT'S ATTORNEY; DRAFTING RE-NOTICE OF TAKING DEPOSITION OF DENNIS HANKINS; CORRESPONDENCE TO PLAINTIFF'S ATTORNEY RE: UPCOMING DEPOSITION OF PLAINTIFF AND CO-DEFENDANT. | 0.40 hrs |
| 01/12/18 | PDB | REVIEW OF EMAIL FROM ATTORNEY HOLMES. | 0.10 hrs |
| 01/12/18 | PDB | REPORT TO COMPANY RE: CASE AND EMAIL FROM ATTORNEY HOLMES. | 0.30 hrs |
| 01/12/18 | PDB | CORRESPONDENCE TO ATTORNEY PORTNOY RE: WILEY'S DEPOSITION. | 0.30 hrs |
| 01/18/18 | PDB | REVIEW OF NOTICE OF IME FROM ATTORNEY CONLON. | 0.10 hrs |
| 01/19/18 | PDB | REVIEW OF ATTORNEY CONLON'S MOTION TO COMPEL. | 0.10 hrs |
| 01/24/18 | PDB | REVIEW OF DEPOSITION NOTICE FROM ATTORNEY PORTNOY. | 0.10 hrs |
| 01/29/18 | PDB | REVIEW OF RENOTICE OF HEARING FROM CONLON. | 0.10 hrs |
| 01/30/18 | JN | CORRESPONDENCE TO MATT SHEIDLER RE: UPCOMING DEPOSITION OF PLAINTIFF AND CO-DEFENDANT DUPILKA. | 0.20 hrs |
| 02/09/18 | JN | REVIEW OF NOTICE TO APPEAR FOR CASE EVALUATION; CORRESPONDENCE TO ADR CLERK. | 0.20 hrs |
| 02/12/18 | PDB | REVIEW OF NOTICE OF CASE EVALUATION. | 0.10 hrs |
| 02/12/18 | PDB | REVIEW OF NOTICE OF CASE EVALUATION. | 0.10 hrs |
| 02/12/18 | PDB | REVIEW OF MEDICAL SUMMARY RECEIVED FROM PLAINTIFF'S ATTORNEY. | 0.10 hrs |
| 02/15/18 | PDB | REVIEW OF EMAIL FROM PLAINTIFF'S ATTORNEY RE: DEPOSITION OF CLIENT AND WANTING TO RESCHEDULE. | 0.10 hrs |
| 02/15/18 | PDB | REVIEW OF EMAIL FROM PLAINTIFF'S ATTORNEY RE: PLAINTIFF'S DEPOSITION. | 0.10 hrs |
| 02/15/18 | PDB | REVIEW OF COPY OF EMAIL FORM CONLON TO PLAINTIFF'S ATTORNEY. | 0.10 hrs |
| 02/15/18 | PDB | REVIEW OF LETTER AND MEDICAL RECORDS FROM PLAINTIFF'S ATTORNEY. | 0.10 hrs |
| 02/15/18 | PDB | CORRESPONDENCE TO PLAINTIFF'S ATTORNEY RE: SANCTIONS STILL OWED AND ADJOURNING DEPOSITION. | 0.30 hrs |
| 02/16/18 | PDB | CORRESPONDENCE TO PLAINTIFF'S ATTORNEY RE: STIPULATION OT EXTEND DISCOVERY. | 0.20 hrs |

AOTRV     25289              Inv# 33962                              Page     3

| Date | | Description | Hours |
|---|---|---|---|
| 02/16/18 | PDB | REVIEW OF LETTER FROM PLAINTIFF'S ATTORNEY RE: MOTION TO EXTEND DISCOVERY, ETC. | 0.10 hrs |
| 02/17/18 | PDB | REPORT TO COMPANY RE: CASE AND STATUS OF SAME. | 0.30 hrs |
| 02/18/18 | PDB | REVIEW OF LETTER FROM PLAINTIFF'S ATTORNEY RE: DEPOSITION OF HIS CLIENT. | 0.10 hrs |
| 02/19/18 | PDB | CORRESPONDENCE TO ATTORNEY PORTNOY RE: RESCHEDULING HIS CLIENT'S DEPOSITION, ETC. | 0.20 hrs |
| 02/21/18 | PDB | REVIEW OF LETTER FROM PLAINTIFF'S ATTORNEY RE: HIS MOTION AND PLAINTIFF'S DEPOSITIONS. | 0.10 hrs |
| 02/23/18 | PDB | REVIEW OF COPY OF LETTER AND ORDER SENT TO COURT RE: DUPILKA'S MOTION TO COMPEL. | 0.10 hrs |
| 02/26/18 | PDB | REVIEW OF PLAINTIFF'S UPDATED DISCOVERY RESPONSES TO INTERROGATORIES OF ATTORNEY CONLON. | 0.10 hrs |
| 03/05/18 | PDB | REVIEW OF ORDER RE: CO-DEFENDANT'S MOTION. | 0.10 hrs |
| 03/07/18 | PDB | REVIEW OF LETTER FROM PLAINTIFF'S ATTORNEY RE: IME DATE AND DEPOSITION DATES. | 0.10 hrs |
| 03/10/18 | PDB | REVIEW OF FILE AND DRAFTING MOTION FOR SUMMARY DISPOSITION. | 1.50 hrs |

Total Fees                                    11.70  hrs

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 02/09/18 | CLIENT COSTS ADVANCED-- CK#26471 -- A. BROOKS DARLING -- CASE EVALUATION FEE | $25.00 |
| 02/09/18 | CLIENT COSTS ADVANCED-- CK#26477 -- MICHAEL FIGLIOMENI -- CASE EVALUATION FEE | $25.00 |
| 02/09/18 | CLIENT COSTS ADVANCED-- CK#26478 -- JOHN A. MACNEAL -- CASE EVALUATION FEE | $25.00 |

Total Disbursements                                     $75.00

BILLING SUMMARY

TOTAL FEES

TOTAL DISBURSEMENTS                          $75.00

CHARGES FOR THIS INVOICE

TOTAL AMOUNT NOW DUE

**BOSCH KILLMAN VANDERWAL, P.C.**
ATTORNEYS AND COUNSELORS
2900 EAST BELTLINE NE, SUITE A
GRAND RAPIDS MI 49525
PHONE (616) 364-2900 FAX (616) 364-2901

May 31, 2018

Billed through  05/30/18

Bill #    AOTRV- 25289   34310     PDB

FEDERAL ID # Account #, Pursuant Sup. R. 44

AUTO OWNERS INSURANCE COMPANY
ATTN: MATT SHEIDLER
700 HAMMOND ROAD   #100
TRAVERSE CITY, MI  49686-9198

*JEFFREY DUPILKA -- INSURED*
*DENNIS & SUSAN HANKINS -- CLAIMANT*
*300-335551-2016*

PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 03/13/18 | PDB | REVIEW OF NOTICE OF DEPOSITION OF CO-DEFENDANT. | 0.10 hrs |
| 03/13/18 | PDB | REPORT TO COMPANY RE: CASE AND DEPOSITIONS OF PLAINTIFF AND DUPILKA. | 0.30 hrs |
| 03/13/18 | SLB | DRAFTING MEMO TO FILE RE: SUMMARY DISPOSITION ISSUES. | 1.50 hrs |
| 03/13/18 | SLB | RESEARCH RE: INSURANCE CODE AND FRAUD ISSUER. | 2.50 hrs |
| 03/14/18 | PDB | REVIEW OF PROPOSED STIPULATION AND ORDER ADJOURNING CASE EVALUATION AND LETTER TO ATTORNEY RE: SAME. | 0.20 hrs |
| 03/15/18 | SLB | RESEARCH RE: BAD FAITH, INSURANCE FRAUD CASES. | 3.00 hrs |
| 03/16/18 | PDB | REVIEW OF RENOTICE OF IME FROM CONLON. | 0.10 hrs |
| 03/18/18 | PDB | REVIEW OF NOTICE FROM COURT RE: TRIAL, ETC. | 0.10 hrs |
| 03/20/18 | PDB | REVIEW OF NOTICE FROM COURT. | 0.10 hrs |
| 03/20/18 | PDB | REPORT TO COMPANY RE: NEW TRIAL DATE, ETC. | 0.30 hrs |
| 03/29/18 | ARK | REVIEW OF TOLEDO ORTHOPEDIC RECORDS. | 0.50 hrs |
| 03/29/18 | ARK | REVIEW OF RECORDS FROM WILDWOOD SURGICAL AND MEMO TO COMPANY RE: SAME. | 0.40 hrs |
| 03/29/18 | ARK | TIME SPENT REVIEWING AND SUMMARIZING WILWOOD SURGICAL RECORDS OF PLAINTIFF | 1.00 hrs |
| 03/29/18 | ARK | TIME SPENT REVIEWING AND SUMMARIZING PLAINTIFF'S RECORDS FROM TOLEDO ORTHO CENTER | 1.00 hrs |
| 04/06/18 | PDB | REVIEW OF ORDER TO SHOW CAUSE. | 0.10 hrs |
| 04/12/18 | PDB | REVIEW OF ORDER TO SHOW CAUSE FROM COURT TO PLAINTIFF. | 0.10 hrs |
| 04/20/18 | PDB | REPORT TO COMPANY RE: WILDWOOD SURGICAL CENTER RECORDS. | 0.20 hrs |
| 04/20/18 | PDB | REPORT TO COMPANY ALONG WITH MEMO RE: TOLEDO ORTHOPEDIC RECORDS | 0.30 hrs |
| 04/20/18 | PDB | REVIEW OF ORDER FROM COURT DISMISSING "SHOW CAUSE" ORDER. | 0.10 hrs |
| 04/21/18 | PDB | REVIEW OF ORDER DISMISSING SHOW CAUSE. | 0.10 hrs |
| 05/01/18 | PDB | REVIEW OF RECORDS OF FAMILY MEDICINE. | 1.00 hrs |
| 05/02/18 | PDB | REVIEW OF FILE AND PREPARATION FOR DEPOSITION OF PLAINTIFF. | 1.20 hrs |

| AOTRV | 25289 | Inv# 34310 | Page | 2 |

| | | | |
|---|---|---|---|
| 05/02/18 | PDB | ATTENDANCE AT DEPOSITION OF PLAINTIFF AND WAITING FOR PLAINTIFF'S ATTORNEY. | 2.00 hrs |
| 05/04/18 | PDB | REVIEW OF STIPULATION AND ORDER TO EXTEND DISCOVERY, ETC. | 0.10 hrs |
| 05/06/18 | PDB | DRAFTING MEMO RE: DEPOSITION OF PLAINTIFF. | 0.30 hrs |
| 05/06/18 | PDB | REPORT TO COMPANY RE: CASE AND DEPOSITION OF PLAINTIFF. | 0.30 hrs |
| 05/09/18 | PDB | REVIEW OF LETTER FROM ATTORNEY CONLON TO COURT ALONG WITH STIPULATION AND ORDER EXTENDING DISCOVERY. | 0.10 hrs |
| 05/12/18 | PDB | REVIEW OF DOCUMENTS FROM CSX TRANSPORTATION. | 0.30 hrs |
| 05/12/18 | PDB | REVIEW OF RONAN IME REPORT FROM CONLON. | 0.20 hrs |
| 05/14/18 | PDB | REVIEW OF ORDER EXTENDING DISCOVERY. | 0.10 hrs |
| 05/23/18 | PDB | DRAFTING MOTION AND BRIEF IN SUPPORT AND REVISIONS THERETO AND NOTICE OF HEARING. | 3.80 hrs |
| 05/30/18 | PDB | REPORT TO COMPANY RE: CASE AND MOTION FILED WITH THE COURT. | 0.30 hrs |

| | Total Fees | 21.70  hrs |

DISBURSEMENTS

| | | |
|---|---|---|
| 03/13/18 | CLIENT COSTS ADVANCED-- CK#26599 -- A. BROOKS DARLING -- CASE EVALUATION FEES | $75.00 |
| 03/13/18 | CLIENT COSTS ADVANCED-- CK#26600 -- JOHN A. MACNEAL -- CASE EVALUATION FEES | $75.00 |
| 03/13/18 | CLIENT COSTS ADVANCED-- CK#26601 -- MICHAEL FIGLIOMENI -- CASE EVALUATION FEES | $75.00 |
| 03/27/18 | CLIENT COSTS ADVANCED-- CK#26683 -- LEGAL COPY SERVICES -- INV#1479802/TOLEDO ORTHO SURGEONS RECORDS | $65.82 |
| 03/27/18 | CLIENT COSTS ADVANCED-- CK#26684 -- LEGAL COPY SERVICES -- INV#1479730 - WILDWOOD SURGICAL CENTER RECORDS | $76.84 |
| 04/27/18 | CLIENT COSTS ADVANCED-- CK#26802 -- LEGAL COPY SERVICES -- INV#1492583/CSX TRANSPORTATION | $99.01 |
| 05/02/18 | CLIENT COSTS ADVANCED-- CK#26840 -- LEGAL COPY SERVICES -- INV#1494909 - PROMEDICA PHYSICIANS | $155.21 |
| 05/24/18 | CLIENT COSTS ADVANCED-- CK#26919 -- MANISTEE COUNTY CIRCUIT COURT -- MOTION FEE | $20.00 |

| | Total Disbursements | $641.88 |

## BOSCH KILLMAN VANDERWAL, P.C.
ATTORNEYS AND COUNSELORS
2900 EAST BELTLINE NE, SUITE A
GRAND RAPIDS MI 49525
PHONE (616) 364-2900 FAX (616) 364-2901

August 13, 2018

Billed through  08/13/18

Bill #     AOTRV - 25289   34701      PDB

FEDERAL ID # Account #, Pursuant Sup. R. 44

AUTO OWNERS INSURANCE COMPANY
ATTN: MATT SHEIDLER
700 HAMMOND ROAD  #100
TRAVERSE CITY, MI  49686-9198

*JEFFREY DUPILKA -- INSURED*
*DENNIS & SUSAN HANKINS -- CLAIMANT*
*300-335551-2016*

PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hours |
|---|---|---|---|
| 06/04/18 | JN | CORRESPONDENCE TO AND FROM CO-DEFENDANT'S ATTORNEYS OFFICE RE: UPCOMING CASE EVALUATION. | 0.10 hrs |
| 06/05/18 | PDB | REVIEW PLAINTIFF'S MEMO IN RESPONSE TO OUR SUMMARY DISPOSITION MOTION. | 0.10 hrs |
| 06/11/18 | PDB | LETTER TO MATT RE: EVALUATION AND WILEY DEPOSITION. | 0.30 hrs |
| 06/12/18 | JN | NUMEROUS EMAILS WITH MIKE CONLON'S OFFICE RE: UPCOMING MEDIATION. | 0.20 hrs |
| 06/17/18 | PDB | REVIEW OF LETTER FROM MEDIATOR. | 0.10 hrs |
| 06/17/18 | PDB | REPORT TO COMPANY RE: MEDIATION. | 0.30 hrs |
| 06/25/18 | JN | CORRESPONDENCE TO PLAINTIFF'S ATTORNEY REQUESTING COPY OF HIS CASE EVALUATION BRIEF. | 0.10 hrs |
| 06/25/18 | JN | REVIEW OF CORRESPONDENCE FROM PLAINTIFF'S ATTORNEY RE: CASE EVALUATION BRIEF/COURT NOTICE FOR ADR. | 0.10 hrs |
| 06/25/18 | JN | RESEARCH RE: CASE EVALUATION REQUIREMENTS (CASE LAW) | 0.20 hrs |
| 06/25/18 | JN | CORRESPONDENCE TO PLAINTIFF'S ATTORNEY RE: MCR 2.403 AND MCR 2.107 AND AGAIN REQUESTING COPY OF HIS CASE EVALUATION BRIEF. | 0.20 hrs |
| 06/25/18 | JN | REVIEW OF CORRESPONDENCE FROM PLAINTIFF'S ATTORNEY WITH NOTICE OF HEARING ON HIS MOTION. | 0.10 hrs |
| 06/25/18 | JN | PHONE CONFERENCE WITH COURT RE: UPCOMING MOTIONS. | 0.10 hrs |
| 06/26/18 | JN | REVIEW OF CORRESPONDENCE FROM MIKE CONLON'S OFFICE RE: PLAINTIFF'S CASE EVALUATION BRIEF. | 0.10 hrs |
| 06/26/18 | JN | CORRESPONDENCE TO MIKE CONLON'S OFFICE RE PLAINTIFF ATTORNEY AND HIS CASE EVALUATION BRIEF SUBMISSION. | 0.20 hrs |
| 06/27/18 | PDB | REVIEW OF LETTER AND MEMO FROM ATTORNEY PORTNOY. | 0.10 hrs |
| 06/27/18 | PDB | REVIEW OF CO-DEFENDANT'S CASE EVALUATION SUMMARY. | 0.10 hrs |
| 06/28/18 | PDB | REVIEW OF DUPILKA'S CASE EVALUATION SUMMARY. | 0.10 hrs |
| 06/28/18 | PDB | REVIEW OF LETTER FROM ATTORNEY PORTNOY TO MEDIATOR. | 0.10 hrs |
| 06/30/18 | PDB | REVIEW OF DOCUMENTS FROM ATTORNEY PORTNOY. | 0.10 hrs |
| 06/30/18 | JN | CORRESPONDENCE TO MIKE CONLON'S OFFICE RE: | 0.10 hrs |

AOTRV    25289              Inv# 34701                              Page    2

| | | POSSIBILITY OF DEB WILEY'S DEPOSITION BEING CANCELLED. | |
| 07/01/18 | PDB | REVIEW EMAIL FROM ATTORNEY HOLMES RE: WILEY DEPOSITION. | 0.10 hrs |
| 07/01/18 | PDB | REVIEW OF LETTER FROM PORTNOY RE: CANCELLATION OF WILEY DEPOSITION. | 0.10 hrs |
| 07/02/18 | PDB | REPORT TO COMPANY RE: CASE AND CANCELLATION OF WILEY DEPOSITION. | 0.30 hrs |
| 07/09/18 | PDB | DRAFTING MEDIATION SUMMARY AND CASE EVALUATION SUMMARY. | 1.60 hrs |
| 07/09/18 | PDB | PHONE CONFERENCE WITH ATTORNEY MIKE CONLON RE: MEDIATION AND HAVING ONE ADJUSTER THERE. | 0.20 hrs |
| 07/12/18 | PDB | ATTEND MEDIATION | 2.60 hrs |
| 07/12/18 | PDB | REVIEW OF FILE IN PREPARATION OR MEDIATION. | 0.50 hrs |
| 07/12/18 | PDB | TRAVEL TO AND FROM TRAVERSE CITY FOR MEDIATION (ONE HOUR MAXIMUM EACH WAY) | 2.00 hrs |
| 07/15/18 | PDB | REPORT TO COMPANY RE: RESULTS OF MEDIATION, ETC. | 0.30 hrs |
| 07/16/18 | PDB | TRAVEL TO AND FROM MANISTEE FOR MOTION (ONE HOUR MAXIMUM EACH WAY). | 2.00 hrs |
| 07/16/18 | PDB | ATTEND COURT FOR OUR SUMMARY DISPOSITION MOTION AND WAITING FOR CASE TO BE CALLED. | 1.20 hrs |
| 07/16/18 | PDB | REVIEW OF FILE AND PREPARATION FOR SUMMARY DISPOSITION MOTION HEARING. | 1.00 hrs |
| 07/17/18 | PDB | REPORT TO COMPANY RE CASE AND SUMMARY DISPOSITION MOTION. | 0.30 hrs |
| 07/17/18 | PDB | DRAFTING ORDER RE: SUMMARY DISPOSITION MOTION AND LETTER TO ATTORNEY RE:  SAME. | 0.70 hrs |
| 07/18/18 | PDB | REVIEW OF MEDIATION STATUS REPORT. | 0.10 hrs |
| 07/18/18 | JN | REVIEW OF CORRESPONDENCE FROM ATTORNEY PORTNOY RE: STATUS OF SENDING CHECK FOR SANCTIONS. | 0.10 hrs |
| 07/22/18 | PDB | CORRESPONDENCE TO COMPANY RE: CASE AND ORDER. | 0.20 hrs |
| 07/30/18 | PDB | REVIEW OF INVOICE FROM MEDIATOR AND LETTER TO COMPANY RE: SAME. | 0.30 hrs |
| 07/31/18 | PDB | CORRESPONDENCE TO MATT S. ALONG WITH COPY OF SUMMARY DISPOSITION ORDER. | 0.20 hrs |
| 08/01/18 | PDB | CORRESPONDENCE TO COMPANY RE: MEDIATORS STATEMENT. | 0.20 hrs |
| 08/13/18 | PDB | DRAFTING MOTION FOR OFFER OF JUDGMENT SANCTIONS AND RELATED DOCUMENTS. | 1.50 hrs |

Total Fees                              18.30 hrs

DISBURSEMENTS

| 06/07/18 | | CLIENT COSTS ADVANCED-- CK#26994 -- SANDRA JO FRANKLIN -- CASE EVALUATION FEE | $25.00 |
| 06/07/18 | | CLIENT COSTS ADVANCED-- CK#26995 -- JANE M. JOHNSON -- CASE EVALUATION FEE | $25.00 |
| 06/07/18 | | CLIENT COSTS ADVANCED-- CK#26996 -- WILLIAM N. GRANT -- CASE EVALUATION FEE | $25.00 |
| 07/09/18 | | CLIENT COSTS ADVANCED-- CK#27142 -- SANDRA JO FRANKLIN -- CASE EVALUATION LATE FEE | $50.00 |
| 07/09/18 | | CLIENT COSTS ADVANCED-- CK#27143 -- WILLIAM N. GRANT -- CASE EVALUATION LATE FEE | $50.00 |

AOTRV     25289          Inv# 34701                          Page     3

| Date | Description | Amount |
|---|---|---|
| 07/09/18 | CLIENT COSTS ADVANCED-- CK#27144 -- JANE M. JOHNSON -- CASE EVALUATION LATE FEE | $50.00 |
| 07/12/18 | MILEAGE CHARGES-- TRAVERSE CITY / MEDIATION      # OF MILES: 280 RATE APPLIED: .545 PER MILE | $152.60 |
| 07/16/18 | MILEAGE CHARGES-- MANISTEE / MOTION # OF MILES: 255 RATE APPLIED: .545 PER MILE | $138.98 |
| 08/01/18 | CLIENT COSTS ADVANCED-- CK#27251 -- SWOGGER BRUCE MILLER LAW FIRM -- MEDIATOR FEE | $367.50 |
|  | Total Disbursements | $884.08 |

BILLING SUMMARY

| | | |
|---|---|---|
| | TOTAL FEES | |
| | TOTAL DISBURSEMENTS | $884.08 |
| | CHARGES FOR THIS INVOICE | |
| | CREDIT BALANCE APPLIED | |
| | TOTAL AMOUNT NOW DUE | |

PLEASE NOTE BILL NUMBER ON YOUR CHECK.  PAYMENT IS DUE UPON RECEIPT.  THANK YOU.